IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-191 E<br>)<br>)<br>)<br>) |

PRAECIPE FOR APPEARANCE

TO: Clerk of Court
   United States District Court
   Western District of Pennsylvania

  Please enter the appearance of Kristine S. Tardiff on behalf of defendant United States in the above-captioned case. Service of all papers on defendant should be addressed as follows:

      Kristine S. Tardiff
      United States Department of Justice
      Environment & Natural Resources Division
      Natural Resources Section
      53 Pleasant Street, 4th Floor
      Concord, NH 03301
      (Telephone: 603-230-2583)

Respectfully submitted this 28th day of July, 2005,

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

*Kristine S. Tardiff*
KRISTINE S. TARDIFF
Trial Attorney
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577
E-MAIL: kristine.tardiff@usdoj.gov

MARY BETH BUCHANAN
United States Attorney
MICHAEL COLVILLE
Assistant United States Attorney
Western District of Pennsylvania
U.S. P.O. & Courthouse
700 Grant Street, Suite 400
Pittsburgh, PA 15219
TEL: (412) 894-7337

OF COUNSEL:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Washington, D.C. 20423

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **Praecipe for Appearance** has been served by U.S. Mail, postage prepaid, on this 28th day of July, 2005, to the following counsel of record for the Plaintiffs:

>David A. Cohen
>The Cullen Law Firm
>1101 30th Street, N.W.
>Suite 300
>Washington, D.C. 20007

/Kristine S. Tardiff/
KRISTINE S. TARDIFF