UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | | |
|---|---|---|
| ROBERT TROHA, FREDERICK BIGNALL, on behalf of themselves and all others similarly situated, | ) ) ) ) ) | |
| Plaintiffs, | ) | Civil No. 05-191 E |
| vs. | ) ) | |
| THE UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) | |

## PROOF OF SERVICE

Plaintiffs, by and through counsel, avers the following:

1.   That on July 7, 2005 service of the Summons and Complaint in this matter was made upon the United States Attorney for the Western District of Pennsylvania, by United States Mail, Certified.  The Return of Service is attached.

2.   That on July 7, 2005, service of the Summons and Complaint in this matter was made upon the Attorney General of the United States by United States Mail, Certified.  The Return of Service is attached.

Respectfully submitted,

_____
DAVID A. COHEN
THE CULLEN LAW FIRM
1101 30th Street, N.W.
Suite 300
Washington, D.C. 20007
(202) 944-8600

Dated:  July 26, 2005

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Western__ District of __Pennsylvania__

Robert Troha and Frederick Bignall, on behalf of themselves and all others similarly situated

V.

The United States of America

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 05-191 E

TO: (Name and address of Defendant)

United States of America
Attorney General of the U.S.
Alberto Gonzales
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

David A. Cohen
The Cullen Law Firm
1101 30th Street, NW
Suite 300
Washington, DC  20007

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_[signature]_                                                     June 21, 2005
CLERK                                                             DATE

_[signature]_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  July 7, 2005 |
| NAME OF SERVER (PRINT)  David A. Cohen | TITLE  Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were _____

☐ Returned _____

☒ Other (specify): Served by Certified mail, receipt attached

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  July 26, 2005
          Date

Signature of Server

1101 30th St. N.W., Suite 300
Washington, D.C. 20007
          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.