IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 05-191 Erie |

## ORDER

The Court, having reviewed Defendant's Motion to Allow Participation of Counsel by Telephone at Case Management Conference, or Alternatively to Reschedule Conference, and having found good cause for the same, hereby GRANTS said Motion.

IT IS HEREBY ORDERED that counsel of record for both parties shall participate in the Case Management Conference scheduled for Friday, October 14, 2005, at 8:30 a.m., by telephone. Defendant shall be responsible for arranging an operator-initiated conference call and, when all parties are on the line, the Court shall be connected to the conference call at the following telephone number: (814) 464–9610.

SO ORDERED this ___ day of September, 2005.

_____
Sean J. McLaughlin
United States District Court Judge

cc: All counsel of record.