UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 05-191-E |

### Fed. R. Civ. P. 26(f) REPORT OF THE PARTIES

Pursuant to the Preliminary Scheduling Order, counsel for the parties submit the following Joint Rule 26(f) Discovery Plan:

1. **Identification of counsel:**

    | Counsel for Plaintiffs | Counsel for Defendant |
    |---|---|
    | David A. Cohen | Kristine S. Tardiff |
    | The Cullen Law Firm | U.S. Department of Justice |
    | 1101 30th St., N.W., Suite 300 | Environment & Natural Resources Div. |
    | Washington D.C. 20007 | 53 Pleasant St., 4th Floor |
    | Tel (202) 944-8600 | Concord, NH 03301 |
    | Fax (202) 944-8611 | Tel (603) 230-2583 |
    | Email: DAC@cullenlaw.com | Fax (603) 225-1577 |
    | | Email: kristine.tardiff@usdoj.gov |

2. **Nature of the Case:** Plaintiffs bring this case as a proposed class action under 28 U.S.C. § 1346(a)(2) (the "Little Tucker Act") seeking compensation for the alleged taking of their property interests by the United States through the issuance of a Notice of Interim Trail Use by the U.S. Surface Transportation Board pursuant to the National Trail System Act, 16 U.S.C. § 1241 et seq.

3. **Rule 26(f) Conference**: A Rule 26(f) conference was held by telephone on September 7, 2005. Counsel for Plaintiffs and Defendant participated in the conference.

4. **Date of Rule 16 Initial Scheduling Conference**: The Initial Scheduling Conference

(counsel to participate by telephone) is scheduled for October 14, 2005 at 8:30 a.m.

5. **Anticipated Dispositive Motions Under Rule 12**: None

6. **Alternative Dispute Resolution**: If liability is established, the parties believe that ADR may be advisable on the issue of damages.

7. **Changes in Rule 26(a) Disclosures**: None

8. **Subjects on which discovery may be needed**: The parties agree that discovery may be needed on the issues of title, abandonment and damages.

9. Set forth dates for the following:

   a. **26(a) Disclosures:** September 30, 2005

   b. **Joinder of additional parties:** December 15, 2005

   c. **Pleadings to be amended:** December 15, 2005

   d. **Fact discovery completed (liability only)** January 17, 2006

   e. **Phases or limitations on discovery:** The parties agree that discovery should be bifurcated between liability and damages. The following deadlines are for liability-related discovery.

   f. **Plaintiffs' expert reports (liability)** January 31, 2006

   g. **Depositions of Plaintiffs' expert completed** February 28, 2006

   h. **Defendant's expert reports (liability)** January 31, 2006

   i. **Depositions of Defendant's experts completed** February 28, 2006

   j. **Third party expert reports** N/A

   k. **Deposition of third party experts** N/A

10. **Changes to limitations on discovery** None

11. **Special needs for electronic discovery** None

12. **Post-Discovery Status Conference Deadlines** N/A

13. **Set forth any other order(s) that the parties agree should be entered by the court pursuant to Fed. R. Civ. P. 16(b) or 26(c):**
    The parties agree that Plaintiffs should be required to file their motion for class certification no later than December 20, 2005, or, if the parties are able to reach a stipulation class certification, that stipulation will be filed on or before December 20, 2005.

14. **Appointment of special master:**   Not needed at this time

15. **Did parties fail to agree on any subject of this Report?**   No

16. **Have the parties considered the possibility of settlement and describe the nature of that consideration**:   The parties have discussed the possibility of settlement. The parties agree that there is no possibility of settlement until liability is determined.

Respectfully submitted,

Dated: September 22, 2005

s/David A. Cohen
DAVID A. COHEN
PA Bar I.D. No. 54342
Counsel of Record for Plaintiffs

THE CULLEN LAW FIRM
1101 30th Street, N.W.
Suite 300
Washington, D.C. 20007
TEL: (202) 944-8600
FAX: (202) 944-8611

Dated: September 22, 2005

KELLY A. JOHNSON
Acting Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF
Bar Identification No. NH10058
Counsel of Record for Defendant

U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577