# United States District Court

For the Western District of Pennsylvania

THOHA                       )
_____         )
_____         )
          Plaintiff,        )
                            )
       Vs.                  )   Case No.  05-191 E
                            )
U.S.A.                      )
_____         )
_____         )
          Defendant.        )

**HEARING ON** __Case Management Conference  -TELEPHONIC__

Before Judge __Sean J. McLaughlin__

__David Cohen__                          __Kristine Tardiff__

Appear for Plaintiff                     Appear for Defendant

Hearing begun 8:30 A.M. 10-14-05         Hearing adjourned to _____

Hearing concluded C.A.V. 8:40 A.M.       Stenographer Ron Bench
                                         Clerk   N/A

WITNESSES:

For Plaintiff                            For Defendant

**Court adopts Rule 26(f) Report**