UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,<br><br>    Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 05-191-E |

**ORDER GRANTING JOINT MOTION AND
REVISING CASE MANAGEMENT ORDER**

AND NOW, it is hereby ORDERED as follows:

1. The joint motion to extend discovery sixty (60) days, up to and including March 17, 2006, is GRANTED.

2. The deadlines contained in the Case Management Order of October 14, 2005, are amended as follows:

| | | |
|---|---|---|
| A. | Joinder of additional parties: | March 17, 2006 |
| B. | Pleadings to be amended: | March 17, 2006 |
| C. | Plaintiffs' Pre-Trial Narrative | May 19, 2006 |
| D. | Defendant's Pre-Trial Narrative | June 9, 2006 |
| E. | Dispositive Motions | May 19, 2006 |
| F. | Response to Dispositive Motions | June 9, 2006 |

3. In addition, the Court hereby Orders that Plaintiffs shall file their motion for class certification, or in the alternative, the parties to shall file a stipulation regarding class certification, no later than February 20, 2006.

4. All other provisions of the Case Management Order of October 14, 2005, remain in affect.

———————————————
Sean J. McLaughlin
United States District Judge
