UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,<br><br>       Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>       Defendant. | Civil Action No. 05-191-E |

**NOTICE OF PENDING CLASS ACTION LAWSUIT**

**TO:** Pennsylvania residents who own or owned real estate in the Commonwealth of Pennsylvania next to or over which Allegheny and Eastern Railroad, Inc. (called "RAILROAD") had a right-of-way between Emporium in Cameron County, Pennsylvania and St. Mary's in Elk County, Pennsylvania, and over which a public trail (called "TRAIL") may be located. If you own or owned real estate adjoining the RAILROAD RIGHT-OF-WAY OR TRAIL as of October 30, 2003, you may be a member of a class of landowners in a lawsuit that has been certified by the Court as a class action lawsuit.

**THIS NOTICE MAY AFFECT YOUR RIGHTS, PLEASE READ CAREFULLY**

      Pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the Court, this notice is to advise you that there is a pending lawsuit in the United States District Court for the Western District of Pennsylvania against the United States government. The lawsuit seeks money damages on behalf of the class of the Pennsylvania residents who own or owned land adjoining the former RAILROAD corridor in Cameron and Elk Counties, Pennsylvania, which, by operation of federal law, known as the "National Trails System Act," is now subject to a Notice of Interim Trail Use.

      Landowners that have been notified as potential members of the Class are being advised by mail of their rights in this lawsuit. The Court has ordered the publication of this notice because some Class Members may not have received the mailed notice. If you are (or may be) a member of the Class, but have not received your notice of your rights by mail, the parties request that you immediately send a letter stating your name, address, telephone number, and if different from your mailing address, the address and location, including county, of your property adjacent to the former RAILROAD right-of-way land to following counsel for the Class who have been

appointed by the Court:

> David A. Cohen, Esq.
> The Cullen Law Firm
> 1101 30th Street, N.W., Suite 300
> Washington, D.C. 20007
> Telephone: (202) 944-8600
> Fax: (202) 944-8611

      Class Counsel will then mail you the Notice of Pending Class Action, which contains information about your rights, and will place your name on the mailing list for future notification regarding the class action.

**IMMEDIATE RESPONSE IS IMPORTANT BECAUSE THE DEADLINE FOR EXCLUDING YOURSELF, IF YOU SO CHOOSE, IS _____.**

> **Note: Do not call or write the Clerk of the Court**
> **For further information you must contact Class Counsel**