UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-191-E<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF NOTICE PLAN AND FORM OF NOTICE OF PENDING CLASS ACTION

Pursuant to Fed. R. Civ. P. 23(c)(2), the Court, having reviewed the parties' Joint Motion for Approval of Notice Plan and Form of Notice of Pending Class Action, hereby approves the Joint Motion.

The Court finds that the Notice Plan submitted by the parties, which calls for both Notice by mail and Notice by publication, satisfies the requirements of Rule 23(c)(2) in that such Notice Plan is the best notice practicable.

The Court also finds that the Notice Forms, one for notice by mail and the other by publication, comply with the requirements of Rule 23(c)(2)(B).

AND NOW, it is hereby ORDERED as follows:

The Joint Motion for Approval of Notice Plan and Form of Notice of Pending Class Action is GRANTED.

_____
Sean J. McLaughlin
United States District Judge