IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-191 Erie |
| THE UNITED STATES OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

The Court, having reviewed the parties' Joint Motion to Extend Certain Deadlines (Doc. 20), and having found good cause for the extensions requested therein, hereby GRANTS said Motion.

IT IS HEREBY ORDERED that the deadlines set forth in this Court's Order of December 28, 2005 (Doc. 14), and Order of February 21, 2006 (Doc. 16), are amended as follows:

> Plaintiffs shall identify and join at least one representative plaintiff for each of the subclasses by June 30, 2006;
>
> Dispositive motions shall be filed by September 19, 2006;
>
> Responses to dispositive motions shall be filed by October 17, 2006; and,
>
> The deadline for the filing of the parties' pre-trial narratives shall be stayed pending resolution of the parties' dispositive motions.

_____
Sean J. McLaughlin
United States District Judge