UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>Defendant. | Civil Action No. 05-191-E |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

The Joint Motion to Extend Time to File Cross Motions for Partial Summary Judgment on Liability is GRANTED, and the following is further ORDERED:

1. Plaintiffs are to file dispositive motions no later than December 8, 2006.

2. Defendant is to file its opposition to Plaintiffs' dispositive motion and any cross motion no later than January 12, 2007.

3. Plaintiffs are to file their Reply Brief no later than February 9, 2007

4. Defendant is to file its Reply Brief no later than February 23, 2007.

5. All other provisions of the Case Management Order of October 14, 2005, remain in effect.

_____
Sean J. McLaughlin
United States District Judge