UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No. 05-191-E |

**JOINT APPENDIX**

DAVID A. COHEN
PA Bar I.D. No. 54342
Counsel of Record for Plaintiffs

THE CULLEN LAW FIRM
1101 30th Street, N.W.
Suite 300
Washington, D.C. 20007
TEL: (202) 944-8600
FAX: (202) 944-8611

OF COUNSEL:
Paul D. Cullen, Sr.
Joseph A. Black
THE CULLEN LAW FIRM
1101 30th Street, N.W.
Suite 300
Washington, D.C. 20007
TEL: (202) 944-8600
FAX: (202) 944-8611

KRISTINE S. TARDIFF
Counsel of Record for Defendant

U.S. Department of Justice
Environmental & Natural Resources Division
General Litigation Section
55 Pleasant Street, Room 352
Concord, NH 03301
TEL: (603) 225-1562 ext. 283
FAX: (603) 225-1577

OF COUNSEL:
Evelyn Kitay, Attorney
Surface Transportation Board
Office of General Counsel
Washington, D.C. 20432

Dated: December 8, 2006

**Index to Joint Appendix**

| Joint Exhibit No. | Description |
|---|---|
| 1 | Pennsylvania Act of February 19, 1849, P.L. 76 (An Act regulating railroad companies). |
| 2 | Stipulations Regarding Title Matters |
| 3 | Stipulated List of Conveyance Categories (Exhibit 1 to Stipulations Regarding Title Matters) |
| 4 | Schedule of Lands Owned or Used for Purposes of a Common Carrier that was Compiled as of June 30, 1918, and filed with the Interstate Commerce Commission (Exhibit 2 to Stipulations Regarding Title Matters) |
| 5 | Notice of Allegheny & Eastern Railroad for Exemption from Abandonment |
| 6 | Environmental /Historic Report to Petition for Abandonment |
| 7 | Petition requesting interim trial and railbanking filed by Cameron County filed with the STB on October 14, 2003 |
| 8 | Petition requesting interim trial and railbanking filed by Elk County filed with the STB on October 13, 2003 |
| 9 | Letter from A&E Railroad to STB dated October 28, 2003 |
| 10 | STB Decision and Notice of Interim Trail Use ("NITU") dated Oct. 30, 2003 (STB Docket No. AB-854X) |
| 11 | STB decisions extending the NITU negotiating period served on April 12, 2004; July 22, 2004; October 25, 2004; April 22, 2005; July 22, 2005; October 21, 2005; April 21, 2006; and October 13, 2006 (STB Docket No. AB-854X) |
| 12 | Letter from Elk County to STB dated November 7, 2006, notifying STB that the Elk County Commissioners adopted a motion authorizing the substitution of the West Creek Recreational Trial Association ("WCRTA") for the County of Elk as the trail sponsor |
| 13 | May 21, 2004 Order of the Pennsylvania Public Utility Commission on Application of the Buffalo & Pittsburgh Railroad, Inc., f/k/a Allegheny & Eastern Railroad, Inc., for approval of the suspension of crossings where the track of its A & E Subdivision crosses twelve (12) public highways, at grade, between Mileposts 131.0 and 149.9 in the City of St. Marys, Elk County and in Shippen Township and the Borough of Emporium, Cameron County |

| | |
|---|---|
| 14 | Sept. 2, 2005 Order of Pa. P.U.C. re suspension of crossings |
| 15 | "Thayer Instrument," George Thayer grantor, dated July 3, 1862 and recorded in the Cameron County Recorder of Deeds in Book X, page 23 |
| 16 | "Campbell Instrument," Jonathan Campbell grantor, dated Sept. 3, 1859 and recorded in the Cameron County Recorder of Deeds Book X, page 48; |
| 17 | "Piersall Instrument," James Piersall grantor, dated Sept. 3, 1859 and recorded the Cameron County Recorder of Deeds in Book B, page 10; |
| 18 | "Morrison Instrument," John Morrison grantor dated July 10, 1911, and recorded in the Cameron County Recorder of Deeds Book U, page 253. |