# EXHIBIT 1

# LAWS

OF THE

# GENERAL ASSEMBLY

OF THE

# COMMONWEALTH OF PENNSYLVANIA,

## PASSED AT THE SESSION OF 1849,

IN THE

### SEVENTY-THIRD YEAR OF INDEPENDENCE.

WITH

## AN APPENDIX.

MASSACHUSETTS STATE LIBRARY



VIRTUE LIBERTY INDEPENDENCE

---

### PUBLISHED BY AUTHORITY.

---

**HARRISBURG, PA.:**
J. M. G. LESCURE, PRINTER TO THE STATE.
................
**1849.**



EXHIBIT

tabbies

4

vi

# CONTENTS.

| No. | | Page. |
|---|---|---|
| 64. | An Act for the relief of A. Gibbons, Jr., and company, | 68 |
| 65. | A supplement to an act to authorize the governor to incorporate the Philadelphia and Reading railroad company, | 69 |
| 66. | An Act further to amend the charter of the chartered fund of the Methodist Episcopal church, in the United States of America, | 70 |
| 67. | An Act to perfect the charter of the Samaritan beneficial society of the city and county of Philadelphia, | 71 |
| 68. | An Act amending the charter of incorporation of the Methodist Episcopal church of Easton, | 71 |
| 69. | An Act to convey to Emily Elliott, certain real estate, | 72 |
| 70. | An Act to extend the limits of the district of Richmond, in the county of Philadelphia, | 73 |
| 71. | An Act authorizing the Lutheran congregations of Dauphin and Northumberland counties, to sell real estate, | 73 |
| 72. | An Act to vacate part of an alley in the city of Lancaster, | 74 |
| 73. | An Act to divide the Fifth ward, in the district of Southwark, in the county of Philadelphia, into two wards, | 75 |
| 74. | An Act relative to repairing roads in Upper Providence township, and to the Providence roads, in Delaware county, | 77 |
| 75. | A supplement to the act, entitled "An Act to incorporate the Ohio and Pennsylvania railroad company," approved April eleventh, one thousand eight hundred and forty-eight, | 78 |
| 76. | An Act regulating railroad companies, | 79 |
| 77. | An Act for the relief of Mungo Murry and wife, and to authorize the managers of the poor, in Roxborough, to execute and deliver certain deeds, | 87 |
| 78. | An Act to authorize John M. Broomell to sell certain real estate in the city of Philadelphia, | 88 |
| 79. | An Act relative to voting at elections in the counties of Adams, Dauphin, York, Lancaster, Franklin, Cumberland, Bradford, Centre, Greene and Erie, | 89 |
| 80. | An Act declaratory of the act of Assembly, entitled "An Act declaring obstructions to private roads to be a public nuisance, and for other purposes," passed March sixteenth, one thousand eight hundred and forty-seven, relative to the appointment of viewers and re-viewers of roads and bridges in Northumberland county, and relative to the vacating of roads, | 90 |
| 81. | A supplement to an act, entitled "An Act authorizing certain state roads," passed the eighth day of April, A. D., one thousand eight hundred and forty-eight, | 91 |
| 82. | An Act authorizing William Searight to make a certain deed, | 92 |
| 83. | A further supplement to the charter of the borough of West Greenville, Mercer county, | 92 |
| 84. | An Act relating to the directors of the poor in the county of Chester, | 94 |
| 85. | An Act relative to the estate of John Meixell, senior, deceased, of Leacock township, Lancaster county, | 95 |

| No. | |
|---|---|
| 86. | An Act relating to county of Philad |
| 87. | An Act to erect D |
| 88. | A supplement to bridge company, hundred and thi |
| 89. | An Act for the be wegian and Bly |
| 90. | A supplement to thousand eight and bridges in t |
| 91. | An Act to incorpo Philadelphia, |
| 92. | An Act to erect election and sch |
| 93. | An Act to incorp |
| 94. | An Act relating t |
| 95. | An Act to chang derson and To |
| 96. | An Act authoriz company, |
| 97. | An Act relative |
| 98. | An Act regulatin |
| 99. | An Act granting construct a se |
| 100. | An Act to inclu Greenwood to |
| 101. | An Act to repe twenty-ninth entitled "An purposes," |
| 102. | An Act relative |
| 103. | An Act relative Hunter, late o |
| 104. | An Act to erect |
| 105. | An Act for the Schuylkill Ha |
| 106. | A supplement t tices of the Chester count dred forty-se |
| 107. | An Act to inco |
| 108. | An Act regulati |
| 109. | An Act authori |

YLVANIA,

ys, and bridges," passed June
nd thirty-six, as relates to the
l townships of this common-
ed in the township of Upper
'rovided, That nothing herein
ize the supervisors, a clerk,
he expense of the said town-
; the necessary assistance in
aid township, by special con-
st advantageous to the interest

of said township, are hereby
ship election, in March, one
ee supervisors, one of whom
ne three years ; and annually
term of three years, two of

tled "An act granting certain
Lancaster and Philadelphia,
h day of April, one thousand
to the roads and highways
l other acts and supplements
, are hereby declared not to
, in the county of Delaware.
LIAM F. PACKER,
ouse of Representatives.
RGE DARSIE,
  Speaker of the Senate.

ruary, one thousand eight

WM. F. JOHNSTON.

N T

hio and Pennsylvania railroad
and eight hundred and forty-

nd House of Representa-
ia in General Assembly
ority of the same, That
ible, the evils of tranship-
ther, and to prevent their
ylvania railroad company,
the width of the track of

---

that part of their road in Pennsylvania, the same as it is required to be
in Ohio, and the same as the width of the tracks of the other roads
authorized under the general railroad law of Ohio, with which their
road will connect, to wit: four feet ten inches, notwithstanding any
thing to the contrary in the act to which this is a supplement.

WILLIAM F. PACKER,
*Speaker of the House of Representatives.*

GEORGE DARSIE,
*Speaker of the Senate.*

APPROVED—The nineteenth day of February, one thousand eight
hundred and forty-nine.

WM. F. JOHNSTON.

---

## No. 76.

## AN ACT

Regulating railroad companies.

SECTION 1. *Be it enacted by the Senate and House of Representa-*
*tives of the Commonwealth of Pennsylvania in General Assembly*
*met, and it is hereby enacted by the authority of the same,* That
whenever a special act of the general assembly shall hereafter be passed, Commissioners.
authorizing the incorporation of a company for the construction of a
railroad within this commonwealth, the commissioners named in such
act, or any five of them, shall have power to open books for receiving
subscriptions to the capital stock of such company, at such time or Subscriptions.
times, and at such place or places as they may deem expedient, after
having given at least twenty days' notice, in one or more newspapers,
published in the county where books of subscription are to be opened ;
and at the times and places so designated and named in the public no-
tices to be given, as aforesaid, the said commissioners, or any two of
them, shall attend and furnish to all persons duly qualified, who shall
offer to subscribe, an opportunity of so doing ; and it shall be lawful
for all such persons, and for all firms and co-partnerships, by themselves Who may sub-
or by persons duly authorized, to subscribe for shares in said stock ; and scribe.
the said books shall be kept open at least six hours in every day, for
the term of three juridical days, or until there shall have been subscribed
the whole number of shares authorized by the special act ; and if at the
expiration of three days, the books aforesaid shall not have the number
of shares therein subscribed, the said commissioners may adjourn from
time to time, and to such places as they may deem proper, until the
whole number of shares authorized, as aforesaid, shall be subscribed,
of which adjournment the commissioners aforesaid, shall give such public
notice as the occasion may require ; and when the whole number of
shares shall be subscribed, the books shall be closed : *Provided always,* Proviso.
That no subscription for such stock shall be valid unless the party or
parties making the same, shall, at the time of subscribing, pay to the

## LAWS OF PENNSYLVANIA,

said commissioners five dollars on each and every share subscribed, for the use of the company.

Section 2. That when ten per centum on the capital stock, as provided by any special act of incorporation, shall have been subscribed, and five dollars paid on each and every share, as aforesaid, the said commissioners, or such of them as shall have acted, shall certify to the governor, under their hands and seals, the names of the subscribers, and the number of shares subscribed by each, and that five dollars on each share have been paid, whereupon the governor shall, by letters patent, under his hand and the seal of the commonwealth, create and constitute the subscribers, and if the subscription be not full at the time, those who shall thereafter subscribe to the number of shares aforesaid, their successors and assigns, into a body politic and corporate, in deed and in law, by the name, style, and title, designated by the special act of assembly; and by the said name, style, and title, the said subscribers shall have perpetual succession, with all the privileges, franchises, and immunities incident to a corporation, and be able to sue and be sued, plead and be impleaded, in all courts of record and elsewhere, and to purchase, receive, have, hold, use, and enjoy to them and their successors, goods, chattels, and estate, real and personal, of what kind and nature soever, and the same from time to time, to sell, exchange, mortgage, grant, alien, or otherwise dispose of, and to make dividends of such portion of the profits as they may deem proper; and also to make and have a common seal, and the same to alter and renew at pleasure, and also to ordain, establish, and put in execution, such by-laws, ordinances, and regulations as shall appear necessary or convenient for the government of said corporation, not being contrary to the constitution and laws of the United States, or of this commonwealth, and generally to do all and singular, the matters and things which to them it shall lawfully appertain to do for the well being of said corporation, and the due ordering and management of the affairs thereof: *Provided*, That nothing herein contained shall be construed as in any way giving, to such corporation, any banking privileges whatever, or any other liberties, privileges, or franchises but such as may be necessary or convenient to the procuring, owning, making, maintaining, regulating, and using their railroad, the locomotives, machinery, cars, and other appendages thereof, and the conveyance of passengers, the transportation of goods, merchandize, and other commodities thereon: *And provided further*, That such company shall not purchase or hold any real estate, except such as may be necessary or convenient for the making and constructing of their railroad, as for the furnishing of materials therefor, and for the accommodation of depots, offices, warehouses, machine shops, toll houses, engine and water stations, and other appropriate appurtenances, and for the persons and things employed, or used in and about the same.

Section 3. That the commissioners named as aforesaid, or such of them as shall have acted, shall as soon as conveniently may be after the said letters patent shall be obtained, appoint a time and place for the subscribers to meet, to organize the company, and shall give at least two weeks' notice thereof in the manner provided for in the first section of this act; and the said subscribers, when met, shall elect, by a majority of the votes present, to be given in person or by proxy, a president and twelve directors, the president and a majority of whom shall be resident citizens of this commonwealth, and shall be owners respectively of at least three shares in the stock of such company; and the said president and directors shall conduct and manage the affairs and business of said company, until the second Monday in January then next ensuing, and until others are chosen; and may make, ordain and establish such

*Margin notes:* Letters patent. / Incorporate. / Style. / Privileges. / By-laws. / Proviso. / Proviso. / Organization. / Officers.

OF THE SES

by-laws, rules, orders and regulati[ons]
and things as are by this act autho[r]
resignation, death, or removal of, [t]
a majority of votes, supply the vac[...]

Section 4. That the stockhold[ers]
the second Monday in January in [e]
fixed on by the by-laws, of which [...]
weeks previously by the secretary, [...]
choose, by a majority of the votes p[...]
tors qualified as aforesaid, for the [...]
office until the next annual election, [...]
annual meeting the said stockholders
to make, alter or repeal, by a majo[rity]
by-laws, rules, orders and regulatio[ns]
every other corporate act authorize[d]
may meet at such other times and [...]
president and directors, in such man[ner]
as may be prescribed by the by-law[s]
in writing of any number of stockhol[ders]
tenth in interest, shall call a special [...]
stating specifically the objects of the [...]
such notice, and no other, shall be [...]

Section 5. The elections for dire[ctors]
be conducted as follows, to wit: at [...]
shall appoint three stockholders to [...]
to hold the same; and at every succe[eding]
time being, shall appoint three stoc[k...]
the persons so appointed by said cor[poration]
be eligible to an election as a directo[r]
tively take and subscribe an oath or [...]
justice of the peace, well and truly [...]
such election to the best of their kn[owledge]
judges shall decide upon the qualificati[on]
is closed, shall count the votes, and d[...]
if at any time it shall happen that an [...]
made at the time specified, the corpo[ration]
dissolved; but it shall be lawful to h[...]
rectors, on any day within three mo[nths]
ten days' previous notice of the time [...]
in the manner aforesaid; and the dir[ectors]
in that case continue in office, and be [...]
to them as such, until others are elec[ted]
death or resignation of a director, or a [...]
the vacancy may be filled by the boar[d]
ings or elections by the stockholders, [...]
the holder thereof to one vote, and eac[h]
the number of shares thereby represen[ted]
ferred within sixty days next precedin[g]
of the stockholders, shall entitle the [...]
at any such election or general meeting [...]
or entitle the holder to vote, unless t[...]
been duly executed within the three m[onths]
or general meeting.

Section 6. That the president and [...]
the time being, are hereby authorized [...]
the powers granted to the corporation; [...]
places as shall be by them deemed mo[st]

6

by-laws, rules, orders and regulations, and perform such other matters and things as are by this act authorized: *Provided,* That in case of the resignation, death, or removal of the president, the directors shall, by a majority of votes, supply the vacancy until the next annual election. *Proviso.*

SECTION 4. That the stockholders of such company shall meet on the second Monday in January in every year, at such place as may be fixed on by the by-laws, of which notice shall be given at least two weeks previously by the secretary, in the manner before mentioned, and choose, by a majority of the votes present, a president and twelve directors qualified as aforesaid, for the ensuing year, who shall continue in office until the next annual election, and until others are chosen; at which annual meeting the said stockholders shall have full power and authority to make, alter or repeal, by a majority of votes given, any or all such by-laws, rules, orders and regulations as aforesaid, and do and perform every other corporate act authorized by their charter: the stockholders may meet at such other times and places as they be summoned by the president and directors, in such manner and form, and giving such notice as may be prescribed by the by-laws; and the president, on the request in writing of any number of stockholders representing not less than one-tenth in interest, shall call a special meeting, giving the like notice, and stating specifically the objects of the meeting; and the objects stated in such notice, and no other, shall be acted on at such special meeting. *Annual meeting.* *Special meeting.*

SECTION 5. The elections for directors provided for in this act, shall be conducted as follows, to wit: at the first election the commissioners shall appoint three stockholders to be judges of the said election, and to hold the same; and at every succeeding election the directors, for the time being, shall appoint three stockholders for the like purpose; and the persons so appointed by said commissioners and directors, shall not be eligible to an election as a director at said election, and shall respectively take and subscribe an oath on affirmation, before an alderman or justice of the peace, well and truly and according to law, to conduct such election to the best of their knowledge and ability; and the said judges shall decide upon the qualifications of voters, and when the election is closed, shall count the votes, and declare who have been elected; and if at any time it shall happen that an election of directors shall not be made at the time specified, the corporation shall not for that reason be dissolved; but it shall be lawful to hold and make such election of directors, on any day within three months thereafter, by giving at least ten days' previous notice of the time and place of holding said election in the manner aforesaid; and the directors of the preceding year shall in that case continue in office, and be invested with all powers belonging to them as such, until others are elected in their stead: in case of the death or resignation of a director, or a failure to elect in case of a tie vote, the vacancy may be filled by the board of directors: at all general meetings or elections by the stockholders, each share of stock shall entitle the holder thereof to one vote, and each ballot shall have endorsed thereon the number of shares thereby represented; but no share or shares transferred within sixty days next preceding any election, or general meeting of the stockholders, shall entitle the holder or holders thereof to vote at any such election or general meeting; nor shall any proxy be received, or entitle the holder to vote, unless the same shall bear date, and have been duly executed within the three months next preceding such election or general meeting. *Elections, how conducted.*

SECTION 6. That the president and directors of such company, for the time being, are hereby authorized and empowered to exercise all the powers granted to the corporation; they shall meet at such times and places as shall be by them deemed most convenient for the transaction *Powers.*

6

## LAWS OF PENNSYLVANIA,

OF TH▊▊E

**Quorum.**

of their business, and when met, seven shall be a quorum to do business; the president, if present, shall preside at all meetings of the board, and when absent, the board shall appoint a president pro. tem.; they shall keep minutes of their proceedings fairly entered in a suitable book to be kept for that purpose; they shall choose a secretary and treasurer, and may appoint or employ all such officers, engineers, agents, superintendents, artizans, workmen or other persons, as in their opinions may be necessary or proper in the management of the affairs and business of said corporation, at such times, in such manner, and under such regulations as they may from time to time determine; they shall fix the amount of the salaries and wages of such officers and persons employed by them, and they may require bond, with security in such amounts as they may deem necessary, of each or any of said officers or other persons by them appointed or employed, for the faithful discharge of their duties, and generally to do all such other acts, matters and things as by this act and the by-laws and regulations of the said company, they may be authorized to do.

**Certificates of stock.**

SECTION 7. That the president and directors of such company first chosen, shall procure certificates or evidences of stock for all the shares of such company, and shall deliver one or more certificates or evidences, signed by the president, countersigned by the treasurer, and sealed with the common seal of the corporation, to each person or party entitled to receive the same, according to the number of shares by him, her, or them respectively subscribed or held; which certificates or evidences of

**Transferable.**

stock shall be transferable at the pleasure of the holder, in a suitable book or books to be kept by the company for that purpose, in person or by attorney duly authorized, in the presence of the president or treasurer, subject, however, to all payments due or to become due thereon; and the assignee or party to whom the same shall have been so transferred, shall thereupon be a member of said corporation, and have and enjoy all the immunities, privileges and franchises, and be subject to all the liabilities, conditions and penalties incident thereto, in the same manner as the original subscriber would have been: *Provided,*

**Proviso.**

That no certificate shall be transferred so long as the holder thereof is indebted to said company, unless the board of directors shall consent thereto: *And provided,* That no such transfer of stock shall have the effect of discharging any liabilities or penalties theretofore incurred by the owner thereof.

**Capital stock.
Shares.
Instalments.**

SECTION 8. The capital stock of such company shall be divided into shares of fifty dollars each, and shall be called in and paid at such times and places, and in such proportions and instalments not, however, exceeding five dollars per share in any period of thirty days, as the directors shall require, of which public notice shall be given for at least two weeks next preceding the time or times appointed for that purpose, in the manner above mentioned; and if any stockholder shall neglect to pay such proportion or instalment so called for at the time and place appointed, he, she, or they shall be liable to pay, in addition to the proportion or instalment so called for, at the rate of one per cent. per month for the delay of such payment; and if the same and the additional penalty, or any part thereof, shall remain unpaid for the period of six months, he, she or they shall, at the discretion of the directors, forfeit to the use of the company, all right, title and interest in and to every and all share or shares, on account of which such default in payment may be made as aforesaid, or the directors may, at their option, cause suit to be brought before any competent tribunal, for the recovery of the amount due on such shares, together with the penalty of one per cent. per month as aforesaid; and in the event of a forfeiture, the shar▊

**Forfeiture.**

or shares so forfeited, may be dis▊
dent and directors, under such rul▊
by the by-laws.   No stockholder ▊
nor at any general or special mee▊
or shares any instalment or arrear▊
next preceding said election or m▊
of stock shall release or discharge▊
or penalties incurred prior to the ▊

SECTION 9. That the dividends ▊
pany as shall appear advisable to ▊
months of July and January in ea▊
stockholders or their legal represe▊
such company, at any time after ▊
time of declaring the same; but t▊
ceed the amount of the net profit ▊
so that the capital stock shall ne▊
said directors shall make any di▊
stock of the company, the directo▊
in their individual capacities to s▊
capital stock so divided, reco▊ ▊ab▊
and each director present ▊▊▊ ▊ :
be considered as consenting ▊▊re▊
test on the minutes of the b▊▊▊,
holders of the declaring of such d▊

SECTION 10. That the presiden▊
have power and authority by t▊
tendents, agents, artizans and w▊
fix, mark, and determine such ro▊
expedient, not however passing th▊
public worship, or any dwelling h▊
or owners thereof, without his, he▊
the neighborhood of deep cuttings▊
lected for sidelings, turnouts, depo▊
sixty feet in width, and thereon t▊
tablish a railroad, with one or mor▊
roads as may be specially authoriz▊
turnouts, sidelings, or other devic▊
useful between the points named ▊
company, commencing at or within▊
city or village, named as the plac▊
road; and in like manner, by th▊
appointed or employed as a▊▊sse▊
cupy all land on which the s▊▊▊ai▊
toll houses, engines and wat▊▊▊ti▊
hereinbefore mentioned may ▊▊fo▊
convenient for the erection of ▊e s▊
useful in the construction, m▊▊te▊
therein and thereon to dig, excava▊
down and construct the same; and ▊
such company, their officers, agent▊
with their implements and beasts ▊
any lands adjoining or in the neight▊
stracted, and to quarry, dig, cut, ▊
stone, gravel, clay, sand, earth, w▊
sary or proper for the constructic▊
buildings, which may be required ▊
of said railroad: *Provided,* That ▊

OF THE SESSION OF 1849.    83

or shares so forfeited, may be disposed of at the discretion of the president and directors, under such rules and regulations as may be prescribed by the by-laws.   No stockholder shall be entitled to vote at any election, nor at any general or special meeting of the company, on whose share or shares any instalment or arrearages may be due more than thirty days next preceding said election or meeting : *Provided*, That no forfeiture **Proviso.** of stock shall release or discharge the owner thereof from any liabilities or penalties incurred prior to the time of such forfeiture.

SECTION 9. That the dividends of so much of the profits of such com- **Dividends.** pany as shall appear advisable to the directors, shall be declared in the months of July and January in each and every year, and be paid to the stockholders or their legal representatives, on application at the office of such company, at any time after the expiration of ten days from the time of declaring the same ; but the said dividends shall in no case exceed the amount of the net profits actually acquired by the company, so that the capital stock shall never be impaired thereby ; and if the said directors shall make any dividend which shall impair the capital stock of the company, the directors consenting thereto shall be liable, in their individual capacities, to such company for the amount of the capital stock so divided, recoverable by action of debt as in other cases; and each director present when such dividend shall be declared, shall be considered as consenting thereto, unless he forthwith enter his protest on the minutes of the board, and give public notice to the stockholders of the declaring of such dividend.

SECTION 10. That the president and directors of such company shall **Locate, fix, mark** have power and authority by themselves, their engineers, superin- **and determine** tendents, agents, artizans and workmen, to survey, ascertain, locate, **route, &c.** fix, mark, and determine such route for a railroad as they may deem expedient, not however passing through any burying ground or place of public worship, or any dwelling house in the occupancy of the owner or owners thereof, without his, her, or their consent, and not except in the neighborhood of deep cuttings, or high embankments, or places selected for sidelings, turnouts, depots, engine or water stations, to exceed sixty feet in width, and thereon to lay down, erect, construct and establish a railroad, with one or more tracks, with such branches or lateral roads as may be specially authorized, and with such bridges, viaducts, turnouts, sidelings, or other devices as they may deem necessary or useful between the points named in the special act incorporating such company, commencing at or within, and extending to or into any town, city or village, named as the place of beginning or terminus of such road ; and in like manner, by themselves, or other persons by them appointed or employed as aforesaid, to enter upon and into, and occupy all land on which the said railroad or depots, warehouses, offices, toll houses, engines and water stations, other buildings or appurtenances hereinbefore mentioned may be located, or which may be necessary or convenient for the erection of the same, or for any purpose necessary or useful in the construction, maintenance or repairs of said railroad, and therein and thereon to dig, excavate and embank, make, grade, and lay down and construct the same ; and it shall in like manner be lawful for such company, their officers, agents, engineers, contractors or workmen, with their implements and beasts of draught or burden, to enter upon any lands adjoining or in the neighborhood of their railroad, so to be constructed, and to quarry, dig, cut, take and carry away therefrom, any stone, gravel, clay, sand, earth, wood, or other suitable material necessary or proper for the construction of any bridges, viaduct or other buildings, which may be required for the use, maintenance or repairs of said railroad : *Provided*, That before such company shall enter upon **Proviso.**

LAWS OF PENNSYLVANIA,

OF THE S

or take possession of any such lands or materials, they shall make ample compensation to the owner or owners thereof, or tender adequate security therefor : *Provided further,* That the timber used in the construction or repair of said railroad, shall be obtained from the owner thereof only by agreement or purchase : *And provided further,* That whenever any company shall locate its road in and upon any street or alley, in any city or borough, ample compensation shall be made to the owners of lots fronting upon such street or alley, for any damages they may sustain, by reason of any excavation or embankment made in the construction of such road, to be ascertained as other damages are authorized to be ascertained by this act.

**Proviso.**

**Proviso.**

**Damages, how ascertained and adjusted.**

SECTION 11. That when the said company cannot agree with the owner or owners of any lands or materials, for the compensation proper for the damage done or likely to be done to, or sustained by any such owner or owners of such lands or materials, which such company may enter upon, use or take away, in pursuance of the authority hereinbefore given, or by reason of the absence or legal incapacity of any such owner or owners, no such compensation can be agreed upon, the court of common pleas of the proper county, on application thereto by petition, either by said company or owner or owners, or any one in behalf of either, shall appoint seven discreet and disinterested freeholders of said county, neither of whom shall be residents or owners of property upon or adjoining the line of such railroad, and appoint a time, not less than twenty nor more than thirty days thereafter, for said viewers to meet at or upon the premises where the damages are alleged to be sustained, of which time and place ten days' notice shall be given by the petitioner to the said viewers and the other party ; and the said viewers or any five of them having been first duly sworn or affirmed, justly and impartially to decide, and true report to make concerning all matters and things to be submitted to them, and in relation to which they are authorized to inquire in pursuance of the provisions of this act, and having viewed the premises, they shall estimate and determine the quantity, quality and value of said lands so taken or occupied, or to be so taken or occupied, or the materials so used or taken away, as the case may be, and having a due regard to and making just allowance for the advantages which may have resulted, or which may seem likely to result to the owner or owners of said land or materials, in consequence of the making or opening of said railroad, and of the construction of works connected therewith ; and after having made a fair and just comparison of said advantages and disadvantages, they shall estimate and determine whether any, and if any, what amount of damages has been or may be sustained, and to whom payable, and make report thereof to the said court ; and if any damages be awarded, and the report be confirmed by the said court, judgment shall be entered thereon ; and if the amount thereof be not paid within thirty days after the entry of such judgment, execution may then issue thereon as in other cases of debt, for the sum so awarded, and the costs and expenses incurred shall be defrayed by the said railroad company ; and each of said viewers shall be entitled to one dollar and fifty cents per day for every day necessarily employed in the performance of the duties herein prescribed, to be paid by such railroad company.

SECTION 12. That whenever, in the construction of such road or roads, it shall be necessary to cross or intersect any established road or way, it shall be the duty of the president and directors of the said company, so to construct the said road across such established road or way, as not to impede the passage or transportation of persons or property along the same; and that, for the accommodation of all persons owning,

or possessing land through whi be the duty of such company t sufficient cause way or causew: sary to enable the occupant or over the same, with wagons, occasion may require ; and the made, shall be maintained and and if the said company shall such causeway or causeways, c order, the said company shall thereby, all damages sustained neglect or refusal ; such damage same manner as provided in the ages : *Provided,* That the said to make or cause to be made, plantation or lot of land for owning or possessing land thro and where any public road shall or possessing land through whi not be entitled to require the c causeway or bridge for the acco

SECTION 13. That if any suc sary to change the site of any they shall cause the same to be proper expense, on the most fav ner as the original road : *Provid* ing the location of any road autho and paid by such company, in tl gard to the location and construc

SECTION 14. That in all suit service of process on the preside or any director of the same, sha suit or action shall be prosecut penalties incurred under this ac commenced within two years ne of action accrued ; and the defen the general issue, and give this and that the same was done in

SECTION 15. That if any pers ingly break, injure or destroy, a assembly, or any part thereof, or or any part thereof, or any machi erected, owned or used by such she or they so offending, shall f times the actual damage so susta full costs, before any tribunal h the name and for the use of the c

SECTION 16. That if any per liciously remove or destroy any other works, belonging to such c evil intent, any obstruction on th the safety or endanger the lives o such person or persons so offen demeanor, and shall on convictio penitentiary, at the discretion of

Case 1:05-cv-00191-SJM    Document 27-2    Filed 12/08/2006    Page 10 of 12

or possessing land through which the said railroad may pass, it shall be the duty of such company to make or cause to be made, a good and sufficient cause way or causeways, whenever the same may be neces- Causeways. sary to enable the occupant or occupants of said lands to cross or pass over the same, with wagons, carts and implements of husbandry, as occasion may require; and the said causeway or causeways, when so made, shall be maintained and kept in good repair by such company: To be kept in and if the said company shall neglect or refuse, on request, to make good repair, &c. such causeway or causeways, or when made, to keep the same in good order, the said company shall be liable to pay any person aggrieved thereby, all damages sustained by such person in consequence of such neglect or refusal; such damages to be assessed and ascertained in the same manner as provided in the last section for the assessment of damages: *Provided,* That the said company shall, in no case, be required Proviso. to make or cause to be made, more than one causeway through each plantation or lot of land, for the accommodation of any one person owning or possessing land through which the said railroad may pass; and where any public road shall cross such railroad, the person owning or possessing land through which the said public road may pass, shall not be entitled to require the company to erect or keep in repair any causeway or bridge for the accommodation of the occupant of said land.

SECTION 12. That if any such railroad company shall find it neces- Change of loca- sary to change the site of any portion of any turnpike or public road, tion. they shall cause the same to be re-constructed forthwith at their own proper expense, on the most favorable location, and in as perfect a manner as the original road : *Provided,* That the damages incurred in chang- Proviso. ing the location of any road authorized by this section, shall be ascertained and paid by such company, in the same manner as is provided for in regard to the location and construction of their own road.

SECTION 14. That in all suits or actions against such company, the Service of pro- service of process on the president, secretary, treasurer, engineer, agent, cess. or any director of the same, shall be good and available in law ; but no suit or action shall be prosecuted by any person or persons, for any penalties incurred under this act, unless such suit or action shall be commenced within two years next after the offence committed or cause of action accrued ; and the defendants in such suit or action may plead the general issue, and give this act and the special matter in evidence, and that the same was done in pursuance and by authority of this act.

SECTION 15. That if any person or persons shall wilfully and know- Penalty for com- ingly break, injure or destroy, any railroad authorized by special act of mitting injuries assembly, or any part thereof, or any edifice, device, property or work, to works, &c. or any part thereof, or any machinery, engine, car, implement or utensil, erected, owned or used by such company, in pursuance of this act, he, she or they so offending, shall forfeit and pay to such company, three times the actual damage so sustained, to be sued for and recovered with full costs, before any tribunal having cognizance thereof, by action in the name and for the use of the company.

SECTION 16. That if any person or persons shall wilfully and ma- liciously remove or destroy any part of the road, property, buildings or Penalty for mis- other works, belonging to such company, or place, designedly and with demeanor. evil intent, any obstruction on the line of such railroad, so as to jeopard the safety or endanger the lives of persons traveling on or over the same, such person or persons so offending, shall be deemed guilty of a mis- demeanor, and shall on conviction be imprisoned in the county jail or penitentiary, at the discretion of the court, for a term not more than

**Proviso.**

three years: *Provided*, That nothing herein contained shall prevent the company from pursuing any other appropriate remedy at law in such cases.

**Statement of affairs, &c.**

SECTION 17. That at each annual meeting of the stockholders of any such company, the president and managers of the preceding year shall exhibit to them a full and complete statement of the affairs and proceedings of the company for such year, with all such matters as shall be necessary to convey to the stockholders a full knowledge of the condition and affairs of said company; and the said president and directors of every such company, shall, whenever required, furnish to the legislature, or either branch thereof, a full and authentic report of their affairs and transactions, or such information relating thereto as may be demanded of them.

**Public highways.**

SECTION 18. That upon the completion of any railroad authorized as aforesaid, the same shall be esteemed a public highway for the conveyance of passengers, and the transportation of freight, subject to such rules and regulations, in relation to the same, and to the size and construction of wheels, cars, and carriages, the weight of loads, and all other matters and things connected with the use of said railroad, as the president and directors may prescribe and direct:

**Proviso.**

*Provided*, That the said company shall have the exclusive control of the motive power, and may from time to time establish, demand and receive such rates of toll, or other compensation, for the use of such road and of said motive power, and for the conveyance of passengers, the transportation of merchandize and commodities, and the cars, or other vehicles containing the same, or otherwise passing over or on the said railroad, as to the president and

**Proviso.**

directors shall seem reasonable: *Provided however nevertheless*, That said rates of toll and motive power charges so to be established, demanded or received, when the cars used for such conveyance or transportation,

**Toll.**

are owned or furnished by others, shall not exceed two and one half cents per mile for each passenger, three cents per mile for each ton of two thousand pounds of freight, three cents per mile for each passenger or baggage car, and two cents per mile for each burden or freight car, every four wheels being computed a car; and in the transportation of passengers, no charge shall be made to exceed three cents per mile for through passengers, and three and a half cents per mile for way passengers.

**Commencement and completion of road.**

SECTION 19. That if any company incorporated as aforesaid, shall not commence the construction of their proposed railroad within three years, and complete and open the same for use, with at least one track, within the term prescribed by the special act authorizing the same, or if after completion, the said railroad shall be suffered to go into decay, and be impassable for the term of two years, then this charter shall be null and void, except so far as to compel the said company to make reparation for damages.

**Reservation.**

SECTION 20. That if any company incorporated as aforesaid, shall at any time misuse or abuse any of the privileges granted by this act, or by the special act of incorporation, the legislature may revoke all and singular the rights and privileges so granted to such company; and the legislature hereby reserves the power to resume, alter or amend any charter granted under this act, and take for public use any road constructed in pursuance of such charter: *Provided*, That in resuming, altering,

**Proviso.**

or amending said charters, no injustice shall be done to the corporators;

and that in taking such roa made to the stockholders.

APPROVED—The ninete hundred and forty-nine.

For the relief of Mungo Mu poor in Roxboro

SECTION 1. *Be it ena tives of the Commonwe met, and it is hereby e* a certain power of attor Anno Domini one thous Murray, of Lintrose Per the daughters of Thom delphia, deceased, to do acknowledged according chief magistrate of the ro tified under the public se corded, authorizing the of the real estate, lands Anne belonging, or in w ated, be and the same is and validity within this said power; and all co thereof, of real estate w and effect to pass the e in her right in the prem cuted such power of at together with her husba of assembly, passed the dred and forty-eight, er Le Raysville Phalanx, hundred and forty-eight cure the rights of man extend the boundaries of

SECTION 2. That the of the poor of the tow delphia, or their success

ILVANIA,

in contained shall prevent the
priate remedy at law in such

ing of the stockholders of any
s of the preceding year shall
ent of the affairs and proceed-
all such matters as shall be
ill knowledge of the condition
resident and directors of every
furnish to the legislature, or
c report of their affairs and
thereto as may be demanded

a of any railroad authorized
public highway for the con-
ion of freight, subject to such
me, and to the size and con-
weight of loads, and all other
said railroad, as the president
*rovided,* That the said com-
motive power, and may from
e such rates of toll, or other
d of said motive power, and
portation of merchandize and
cles containing the same, or
road, as to the president and
*however nevertheless,* That
so to be established, demand-
conveyance or transportation,
exceed two and one half cents
er mile for each ton of two
er mile for each passenger or
n burden or freight car, every
the transportation of passen-
ee cents per mile for through
tile for way passengers.

orporated as aforesaid, shall
pposed railroad within three
use, with at least one track,
act authorizing the same, or
be suffered to go into decay,
s, then this charter shall be
the said company to make

porated as aforesaid, shall at
eges granted by this act, or
islature may revoke all and
d to such company; and the
resume, alter or amend any
ublic use any road construct-
, That in resuming, altering,
l be done to the corporators;

and that in taking such roads for public use, full compensation shall be
made to the stockholders.

**WILLIAM F. PACKER,**
*Speaker of the House of Representatives.*

**GEORGE DARSIE,**
*Speaker of the Senate.*

APPROVED—The nineteenth day of February, one thousand eight
hundred and forty-nine.

**WM. F. JOHNSTON.**

———————————

## No. 77.

## AN ACT

For the relief of Mungo Murray and wife, and to authorize the managers of the
poor in Roxborough, to execute and deliver certain deeds.

SECTION 1. *Be it enacted by the Senate and House of Representa-
tives of the Commonwealth of Pennsylvania in General Assembly
met, and it is hereby enacted by the authority of the same,* That
a certain power of attorney, dated the twenty-eighth day of October,
Anno Domini one thousand eight hundred and forty-eight, by Mungo
Murray, of Lintrose Perthshire, Scotland, and Anne, his wife, one of
the daughters of Thomas Mayne Willing, late of the city of Phila-
delphia, deceased, to doctor Charles Willing, of the same city, duly
acknowledged according to law on the same day, before the provost and
chief magistrate of the royal burgh of Dundee, in Scotland, and so cer-
tified under the public seal of the said borough, and intended to be re-
corded, authorizing the said attorney to sell and convey all or any part
of the real estate, lands, tenements and hereditaments, unto the said
Anne belonging, or in which she may have an interest wherever situ-
ated, be and the same is hereby declared to be of the same legal effect
and validity within this state, for all purposes declared and stated in the
said power; and all conveyances made by the said attorney in virtue
thereof, of real estate within this state, shall be of the same validity
and effect to pass the estate of the said Anne and of the said Mungo,
in her right in the premises so conveyed, as if the said Anne had exe-
cuted such power of attorney, conveyance or conveyances personally,
together with her husband, in conformity, in all respects, with an act
of assembly, passed the eleventh day of April, one thousand eight hun-
dred and forty-eight, entitled "A supplement to an act relative to the
Le Raysville Phalanx, passed March, Anno Domini one thousand eight
hundred and forty-eight, and relative to obligors and obligees, to se-
cure the rights of married women, in relation to defalcation, and to
extend the boundaries of the borough of Ligonier."

SECTION 2. That the present managers for the relief and employment
of the poor of the township of Roxborough, in the county of Phila-
delphia, or their successors, be and they are hereby authorized and em-