# EXHIBIT 3

Stipulated Categories of Original Conveyances to the Railroad
(Exhibit 1 to Stipulations Regarding Title Matters, filed 12/08/2006)

**CATEGORY 1 – WARRANTY DEEDS CONVEYING FEE SIMPLE TITLE**

| ICC Parcel No. | County | Grantor | Date | Book/Page | Consideration | Acres |
|---|---|---|---|---|---|---|
| 1-3 | Cameron | Franklin P. Strayer, et al. | 10/07/1914 | Book X, p. 411 | $1 "as well as other good and valuable consid" | 1330 s.f. (0.03 acre) |
| 1-3a | Cameron | Franklin P. Strayer, et al. | 10/07/1914 | Book X, p. 411 | $1 "as well as other good and valuable consid" | 2647 s.f. (0.06 acre) |
| 1-4 | Cameron | J. Henry Cochran, et al. | 06/07/1896 | Book O, p. 457 | $1500 | 27,500 s.f. (0.63 acre) |
| 1-7 | Cameron | Phila. & Erie Land Co. | 05/04/1895 | Book O, p. 439 | $1 plus conveyance of other land | 5.7 acres |
| 6-2 | Cameron | Wm. Howard, et al. | 11/06/1879 | Book F, p. 437 | $25 | 32,582 s.f. (0.75 acre) |
| 7-2 | Cameron | John R. Buckwalter et al. | 06/17/1895 | Book O, p. 312 | $150 | 4.7 acres |
| 9-2 | Cameron | John J. Butler, et al. | 02/04/1882 | Book G, p. 105 | $65 | 1.54 acres |
| 10-3 | Cameron | James K.P. Hall, et al. | 10/02/1883 | Book G., p. 400 | $1 | 18,900 s.f. (0.425 acre) |
| 13-5 | Elk | James K.P. Hall, et al. | 7/13/1891 | Book 35, p. 586 | $1 | 1+805/1000 ac. |
| 16-2 | Elk | Arthurs Coal & Lumber Co. | 05/16/1834 | Book 28, P 138 | $1 | 0.83 acre |
| 17-3 | Elk | Henry Gerber | | Deed Book 53, P 6 | $50 | +/- 2 acres |

**CATEGORY 2 – WARRANTY DEEDS WITH "SO LONG AS" LANGUAGE OR CLAUSES**

| ICC Parcel No. | County | Grantor | Date | Book/Page | Consideration | Acres |
|---|---|---|---|---|---|---|
| 2-3 | Cameron | Keystone Powder Mfg. Co. | 12/14/1905 | Book T, p. 304 | $1 & other good and valuable consideration | 20,955 s.f. (0.482 acre) |
| Single deed covering multiple parcels in two counties | | Robert Halsey | 12/6/1858 | RR B 48, P 48 | $1 | |
| 3-1a, 11-3, | Cameron | Robert Halsey | 12/06/1858 | RR B48/P8 | $1 /unknown | 31,680 s.f. (0.73 acre) |
| 11-3 | Cameron | Robert Halsey | 12/06/1858 | RR B48/P8 | $1/unknown | 34,320 s.f. (0.79 acre) |
| 11-4 and 12-1 | Cameron | Robert Halsey | 12/06/1858 | RR B48/P8 | $1/unknown | 8.833 acres |
| 13-8 and 14-1 | Elk | Robert Halsey | 12/06/1858 | RR B48/P8 | Unknown | 5.121 acres |
| 15-1 and 14-3 | Elk | Robert Halsey | 12/06/1858 | RR B48/P8 | Unknown | 6.797 acres |
| 15-3, 16-1, 17-1 | Elk | Robert Halsey | 12/06/1858 | RR B48/P8 | Unknown | 10.458 acres |

**CATEGORY 3 – GRANT DEEDS WITH RELEASE LANGUAGE**

| ICC Parcel No. | County | Grantor | Date | Book/Page | Consideration | Acres |
|---|---|---|---|---|---|---|
| 3-4 and 4-1 | Cameron | George Thayer | 07/03/1862 | Book X, p. 23 | $375 + RR to construct fence on both sides or road | 1.621 acres (strip of land 4 rods in width and about 100 rods in length) |
| 4-2 | Cameron | Jonathan W. Campbell, et al. | 09/03/1859 | Book X, p. 48 | $50 | 1.75 acres (a strip 70 rods in length and four rods in width) |
| 4-3 | Cameron | James S. Piersall | 09/03/1859 | RR B48/P10 | $250 plus RR to build fence | 3.175 acres |
| 5-1 | Cameron | John K. Morrison | 7/10/1911 | Book U, p. 253 | $150 plus RR to build fence | Strip 4 rods in width (length not specified in deed) |

**CATEGORY 4 – DONATION AND/OR RELEASE DEEDS**

| ICC Parcel No. | County | Grantor | Date | Book/Page | Consideration | Acres |
|---|---|---|---|---|---|---|
| 7-1 and 8-2 | Cameron | John Beers | 10/12/1865 | Book X, p. 28 | $35 | 1.894 acres |
| 13-2 | Elk | G.W. Rathburn | 6/17/1911 | Elk Co. B69 P338 RR Box 48 P 8 | $125 | ROW 64 feet in width |
| 13-3 | Elk | G.W. Rathburn | 07/02/1863 | RR B48/P8 | Unknown | 3.984 acres |
| 13-4 | Elk | G.W. Rathburn | 07/02/1863 | RR B48/P8 | Unknown (but same as 13-3) | 3600 s.f. (0.08 acre) |

## CATEGORY 5 – UNRECORDED OR LOST DEEDS

| ICC Parcel No. | County | Grantor | Date | Book/Page | Consideration | Acres |
|---|---|---|---|---|---|---|
| 1-1 and 2-1 | Cameron | John Beers, et al. | 10/02/1858 | Deed RR B6/P193 | Unknown | 10.534 |
| 3-2 | Cameron | David Swift | 03/08/1859 | Deed RR B6/P108 "papers missing" | Unknown | 42,570 s.f. (0.98 acre) |
| 5-3 and 6-1 | Cameron | Lusius H. Allen, et al. | 12/04/1858 | Deed RR B6/P193 "Papers missing" | Unknown | 8.886 acres |

## CATEGORY 6 – CONDEMNATION AWARDS

| ICC Parcel No. | County | Grantor | Date | Book/Page | Condemnation Award | Acres |
|---|---|---|---|---|---|---|
| 10-2 and 11-1 | Cameron | Samuel Burlingham | 10/1862 | RR Custodian B48/P10 | $150 plus RR to build and maintain fences ($62/ac) | 2.423 acres |
| 11-2 | Cameron | Kellog Hubbard | 10/1862 | RR Custodian B48/P10 | $125 ($44/ac) | 2.818 acres |
| 4-4 | Cameron | Jeremiah Morrison | 10/1862 | RR Custodian B48/P10 | $115 ($69/ac) | 1.666 acres |
| 3-3 | Cameron | Christian Spangler | 10/1862 | RR Custodian B48/P10 | $229 plus RR to build fence ($96/ac) | 2.394 acres |

**CATEGORY 7 – PARCELS WITH NO KNOWN CONVEYANCE DOCUMENTATION**

| ICC Parcel No. | County | Grantor | Date | Book/Page | Consideration | Acres |
|---|---|---|---|---|---|---|
| 1-2 | Cameron | Unknown | | | | 19,690 s.f. (0.452 acre) |
| 1-8 | Cameron | Unknown | | | | 420 s.f. (0.0096 acre) |
| 2-2 and 3-1 | Cameron | Unknown | | | | 9.152 acres |
| 7-3 and 8-1 | Cameron | Unknown | | | | 8.189 acres |
| 8-3, 9-1 and 10-1 | Cameron | Unknown | | | | 14.788 acres |
| 12-1 and 13-1 | Elk | Unknown | | | | 7.027 acres |
| 13-7 | Elk | Unknown | | | | 1.333 acres |
| 14-2 | Elk | Unknown | | | | 2.954 acres |
| 15-2 | Elk | Unknown | | | | 4.432 acres |
| 17-2, 18-1, 19-1 and 20-1 | Elk | Unknown | | | | 40.522 acres |