# EXHIBIT 4

Case 1:05-cv-00191-SJM   Document 27-5   Filed 12/08/2006   Page 2 of 13

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5,000 4 20 1922 | | | | | | INTERSTATE COMMERCE COMMISSION | | | | | | REVISED 10-18-22 | | Sheet No. 1 of 1 sheets | | | | |
| Owner | The Pennsylvania Railroad Company | | | | | DIVISION OF VALUATION | | | | | | | | Map No. | | | | |
| Operating Company | -do- | | | | | | | | | | | | | Date compiled | As of June 30th, 1918 | | | |
| Division | | | | | LANDS OWNED OR USED FOR PURPOSES OF A | | | | | | | | | Compiled by | R.E.Dept. (FJS-FTDJr) | | | |
| State | Penna | County | | | | COMMON CARRIER | | | | | | | | | Val.Dept. (GWJr) | | | |
| Valuation Section No. 26 | | | | | | | | | | | | | | Correct | J.W.Stone | | | |
| From | to | | | | | | | | | | | | | (Title) Valuation E | | | | |

| PARCEL NO. | CUSTO-DIAN'S NO. | KIND OF INSTRU-MENT | DATE OF INSTRU-MENT | GRANTOR | GRANTEE | RECORDED | | | AREA | | CONSIDERATION | DATE OF DEDICA-TION TO PUBLIC USE | COST OF PARCEL WHEN ORIGI-NALLY ACQUIRED | | IF PORTION OF PARCEL HAS BEEN SOLD | | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Book | Page | Date | Acres | Square Feet | | | Amount | Character of Expenditure | Date of Sale | Actual Consider-ation Received | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) |

THE PENNSYLVANIA RAILROAD COMPANY
Grand Summary for all land reported on D.V. Form for
Val.Sec. 26.0  Emporium Jct. to Erie
26.01  Ridgway Br.
26.02  Connection with N.Y.C. at Erie

```
Cost of parcels when originally acquired (Total Col. 14)        448,399.
Actual consideration received for parcels sold (Total Col. 17)   46,429.
Cost at date of dedication of parcels as now owned (Total Col. 18)  412,739.
Expenditures for land owned                                     412,739.
Expenditures for land used but not owned                           None
Number of parcels of land owned                                     610
Number of parcels of land used but not owned                       None
```

ANALYSIS

```
For land owned -
   (a) Payment for or bare cost of land                          Unknown
   (b) Recording cost                                               346.
   (c) Salaries and expenses of Way Agents, fees, commissions &c    449.
   (d) Damages for severance                                     Unknown
   (e) Other Damages (Partial - remainder not known)                954.
   (f) Cost of removing or relocating property                     None
   (g) Special Counsel fees and Court Costs                       1,206.
   (h) Miscellaneous costs                                        2,136.

For land used but not owned -
   (a) Payments for right of use (excluding rental payments)       None
   (b) Miscellaneous costs                                         None
```

Note:-
The returns here made contain only costs known at the time of filing and totals as summarized, while showing specific amounts, are to be taken as not inclusive of costs listed on the return as "unknown".
The carrier reserves the right to file further or supplemental returns covering other items of cost for which records may subsequently be found.
The carrier also reserves the right to file additional information, if any subsequently develops, concerning accounting record support for the cost items here shown.

Owner  The Pennsylvania Railroad Co.
Operating Company
Division
State                    County
Valuation Section No.
From                to

DIVISION OF VALUATION

LANDS OWNED OR USED FOR PURPOSES OF A
COMMON CARRIER

Map No.
Date compiled  as of June 30th, 1918., 19
Compiled by  R.E.Dept. (FCS-FTDJr)
              Val.Dept. (GHH.Jr.)
Correct
(Title) Valuation Engr.

| PARCEL NO. | CUSTO-DIAN'S NO. | KIND OF INSTRU-MENT | DATE OF INSTRU-MENT | GRANTOR | GRANTEE | RECORDED | | | AREA | | CONSIDERATION | DATE OF DEDICA-TION TO PUBLIC USE | COST OF PARCEL WHEN ORIGI-NALLY ACQUIRED | | IF PORTION OF PARCEL HAS BEEN SOLD | | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Book | Page | Date | Acres | Square Feet | | | Amount | Character of Expenditure | Date of Sale | Actual Consider-ation Received | | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) |

THE PENNSYLVANIA RAILROAD COMPANY

Grand Summary for all lands reported on D.V.Form 107 for

    Val.Sec.26.0 - Emporium Jct. to Erie
          26.01 - Ridgway Branch
          26.02 - Connection with N.Y.C. at Erie

|  | Total of above Sections |
|---|---|
| Cost of parcels when originally acquired (Total.Col.14) | 449,296. |
| Actual consideration received for parcels sold (Total Col.17) | 46,429. |
| Cost at date of dedication of parcels as now owned (Total Col.18) | 412,636. |
| Expenditures for land owned | 412,636. |
| Expenditures for land used but not owned | None |
| Number of parcels of land owned | 610 |
| Number of parcels used but not owned | None |

### ANALYSIS

For land owned -
    (a) Payments for or bare cost of land                                    Unknown
    (b) Recording cost                                                           346.
    (c) Salaries and expenses of Way Agents, fees, etc.                449.
    (d) Damages for severance                                      Unknown
    (e) Other damages (Partial balance not known)                    954.
    (f) Cost of removing or relocating property                         None
    (g) Special Counsel fees and Court costs                              1,206.
    (h) Miscellaneous costs                                                2,136.

For land used but not owned -
    (a) Payments for right of use (excluding rental payments)      None
    (b) Miscellaneous costs                                                  None

known

Note: The returns here made contain only costs/at the time of filing and the totals as summarized, while showing specific
       amounts are to be taken as not inclusive of costs listed on the return as "unknown."
       The Carrier reserves the right to file further or supplementary returns covering other items of cost for which records
       may subsequently be found.
       The Carrier also reserves the right to file additional information, if any subsequently develops, concerning accounting
       record support for the cost items here shown.

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

## LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Operating Company: Penna. RR Co.
Division: Renovo
State: Penna.   County: Cameron
Valuation Section No.: 26.0
From: Emporium Jct.   to: Erie, Penna.

Sheet No. 1 of 95 sheets (this form)
Map No. 1
Date compiled: as of June 30th, 1916, 19___
Compiled by: Real Estate Dept. (FCS-HLL)
Valuation Dept. (GHHJr.)
Correct _____ (Title) Valuation Engr.

| PARCEL NO. | CUSTODIAN'S NO. | KIND OF INSTRUMENT | DATE OF INSTRUMENT | GRANTOR | GRANTEE | RECORDED Book | Page | Date | AREA Acres | Square Feet | CONSIDERATION | DATE OF DEDICATION TO PUBLIC USE | COST OF PARCEL WHEN ORIGINALLY ACQUIRED Amount | Character of Expenditure | IF PORTION OF PARCEL HAS BEEN SOLD Date of Sale | Actual Consideration Received | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED | REMARKS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | (14) | (15) | (16) | (17) | (18) | (19) |
| 1-1 | Record Book 6 Page 193 | Deed | 10-2 1858 | John Beers John Earll, Jr. Henry Hanes. Z. L. Hubbard S.W. Freeman G.W. Warner | Sunbury & Erie RRCo. | | | | | | | 10-2 1858 | 1. | Unknown Consideration | | | Unknown | |
| | Rec.Bk. 6, P.193 | Deed | 10-2 1858 | Eli Felt James Morton | S&ERRCo. | | | | | 10.534 | | | 1. | Unknown Consideration | | | Unknown | |
| | Rec.Bk. 6, P.193 | Deed | 10-2 1858 | Lucius H. Allen John H. Pumpelly Thos. J. Chatfield | S&ERRCo. | | | | | | | | 1. | Unknown Consideration | | | Unknown | |
| 1-2 | | | | | | | | | | 19690 | Unknown | | Unknown | Consideration | | | Unknown | RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |
| 1-3 | B.1920 P. 10 | Deed | 10-7 1914 | Franklin P. Strayer, et al | Penna. RRCo | X | 411 | 10-14 1914 | | 1330 | 1. | 10-7 1914 | 25. | Actual " | | | 25. | Cons. included No. 3a, Map 1. C.D. 3101 |
| 1-3a | B.1920 P. 10 | Deed | 10-7 1914 | Franklin P. Strayer, et al | Penna. RRCo | X | 411 | 10-14 1914 | | 2647 | | 10-7 1914 | | | | | | Cons. included at #3, Map 1. |
| 1-4 | B.394 P. 8 | Deed | 6-27 1896 | J. Henry Cochran | Phila. and Erie RRCo | 6 | 457 | 7-6 1896 | | 27500 | 1500. | 6-27 1896 | 1500. 60. | Consideration Services | | | 1500. 60. | C.D. 1268, 1272 1240. |
| | | | | | | | | | | | | | 1585. | | | | 1585. | |

REPRODUCED AT THE NATIONAL ARCHIVES

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

Signed by ___

INTERSTATE COMMERCE COMMISSION
BUREAU OF VALUATION

# LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: Penna. RRCo.
Operating Company: Penna. RRCo.
Division: Renovo
State: Penna.   County: Cameron
Valuation Section No.: 26.0
From: Emporium, Pa.  to: Erie, Pa.

Sheet No. 5 of [?] sheets (this form)
Map No.: 1 and 2 and 3
Date compiled: as of June 30th, 1916.
Compiled by: Real Estate Dept. (FCS-HLL)
Valuation Dept. (GHHJr.)
Correct _____ Valuation Engr.

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST WHEN ORIG. ACQUIRED Amount (14) | Character of Expenditure (15) | IF PORTION SOLD Date of Sale (16) | Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-7 | B.394 P.6 | Deed | 5-4 1895 | Phila. & Erie Land Co. | Phila. & Erie RRCo. | 0 | 439 | 4-20 1896 | 5.7 | | | 1. 5-4 1895 | | Unknown Consideration | | | Unknown | |
| 1-8 | | | | | | | | | | 420 | Unknown | | | Unknown Consideration | | | Unknown | RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |
| 2-1 | | | | | | | | | | | | | | | | | | Same as #1, Map 1. |
| 2-2 | | | | | | | | | 9.152 | | Unknown | | | Unknown Consideration | | | Unknown | RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |
| 2-3 | B.925 P.1 | Deed | 12-14 1905 | Keystone Powder Mfg. Co. | P&ERRCo. | 2 | 304 | 1-22 1906 | | 20995 | | 1. 12-14 1905 | | | | | | |
| 3-1 | | | | | | | | | | | | | | | | | | Same as #2, Map 2 |
| 3-1a | B.48 P.8 | Deed | 12-6 1868 | Robert Halsey | B&ERRCo. | | | | | 31680 | | 1. 12-6 1868 | | Unknown Consideration | | | Unknown | Cons. includes #3, Map 11, Nos. 1, Map 12-14-15-16 |
| 3-2 | | Deed | 3-8 1859 | David Swift | B&ERRCo. | | | | | 42570 | Unknown | 3-8 1859 | | Unknown Consideration | | | Unknown | Inf. from Record Book 6, Page 108/ Papers missing. |

INTERSTATE COMMERCE COMMISSION
BUREAU OF VALUATION

LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: Penna.RRCo.
Division: Renovo
State: Penna.   County: Cameron
Valuation Section No.: 26.0
From: Emporium, Pa. to Erie, Pa.

Sheet No. 3 of 798.96 sheets (this form)
Map No. 3 and 4
Date compiled as of June 30th, 1916
Compiled by Real Estate Dept. (FCS-HLL)
Valuation Dept. (GHHJr.)
Correct _____ (Title) Valuation Engr.

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Book (7) | Page (8) | Date (9) | Acres (10) | Square Feet (11) | Consideration (12) | Date of Dedication to Public Use (13) | Amount (14) | Character of Expenditure (15) | Date of Sale (16) | Actual Consideration Received (17) | Cost at Date of Dedication of Parcel As Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3-3 | B.48 P.10 | Cond'n | 10- 1862 | Christian Spangler | Phila.& Erie RRCo | | | | 2.394 | | 229. RRCo. to build fence | 10- 1862 | 229. Unknown | Consideration Cost of complying with covenants. | | | 229. (x) | |
| 3-4 | | | | | | | | | | | | | | | | | | Same as #1, Map 4 |
| 4-1 | B.48 P.10 | Deed | 7-3 1862 | G. C. Thayer | P&ERRCo | X | 23 | 10-10 1911 | 1.621 | | | 7-3 1862 | 375. | Consideration Release of damages. | | | 415. | |
| | | | | | | | | | | | | | 375. 40. | | | | | |
| 4-2 | B.48 P.10 | Deed | 3-10 1863 | Jonathan W. Campbell, et al | P&ERRCo. | X | 48 | 12-11 1911 | 1.75 | | | 3-10 1863 | 50. | Consideration | | | 50. | |
| 4-3 | B.48 P.10 | Deed | 9-3 1859 | James S. Piersall | S&ERRCo. | | | | 3.175 | | 250. RRCo. to build fence | 9-3 1859 | 250. Unknown | Consideration Cost of complying with covenants. | | | 250. (x) | |
| 4-4 | B.48 P.10 | Cond'n | 10- 1862 | Jeremiah Morrison | P&ERRCo | | | | 1.666 | | | 10- 1862 | 115. | Consideration | | | 115. | |
| 4-5 | | | | | | | | | | | | | | | | | | Same as #1, Map 5 |

(x) Unknown cost of complying with covenants.

1059.   1059.

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.
REPRODUCED AT THE NATIONAL ARCHIVES

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 50,000 8-5-19 | Owner | Penna.RRCo. | | | | | | INTERSTATE COMMERCE COMMISSION | | | | | | | Sheet No. 4 of ~~20~~ 30 sheets (this form) | | | |
| | Operating Company | Penna.RRCo. | | | | | | | | | | | | | Map No. 5-6 and 7 | | | |
| | Division | Renovo | | | | | | VALUATION | | | | | | | Date compiled as of June 30th, 1916. , 19 | | | |
| | State | Penna. County Cameron | | | | | | LANDS OWNED OR USED FOR PURPOSES OF A | | | | | | | Compiled by Real Estate Dept. (FCS-HLL) | | | |
| | Valuation Section No. 26.0 | | | | | | | COMMON CARRIER | | | | | | | Valuation Dept. (GHHJr.) | | | |
| | From Emporium Jct., Pa. to Erie, Pa. | | | | | | | | | | | | | | Correct _____ (Title) Valuation Engr. | | | |

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST Amount (14) | COST Character of Expenditure (15) | Date of Sale (16) | Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-1 | B.48 P.10 | Deed | 9-7 1859 | John K. Morrison | Sunbury & Erie RRCo. | U | 253 | 7-10 1911 | 2.485 | | 150. | 9-7 1859 | 150. | Consideration | | | 150. | |
| 5-2 | | | | | | | | | 4.25 | | Unknown | | Unknown | Consideration | | | Unknown | RRCo. in possession for more than 40 yrs Source of title and cost unknown. |
| 5-3 | | | | | | | | | | | | | | | | | | Same as #1, Map 6. |
| 6-1 | | Deed | 12-4 1858 | Lusius H. Allen etal | S&ERRCo. | | | | 8.886 | | Unknown | 12-4 1858 | Unknown | Consideration | | | Unknown | Information obtained from Record Book No. 6, Page 193. Papers missing. |
| 6-2 | B.49 P.10 | Deed | 11-6 1879 | Wm. Howard etal | P&ERRCo. | F | 437 | 3-8 1880 | | 32582 | 25. | 11-6 1879 | 25. | Consideration | | | 25. | |
| 6-3 | | | | | | | | | | | | | | | | | | Same as #1, Map 7. |
| 6-4 | | | | | | | | | | | | | | | | | | Same as #2, Map 7 |
| 6-5 | B.49 P.11 | Agrm't | 3-19 1880 | J.R. Buckwalter | P&ERRCo. | F | 169 | 5-8 1880 | | | 1. | 3-19 1880 | Unknown | Consideration | | | Unknown | Right to lay pipe and take water from stream. |
| 7-1 | B.48 P.10 | Deed | 10-12 1865 | John Beers | P&ERRCo. | X | 28 | 10-10 1911 | 5.712 | | 35. | 10-12 1865 | 35. | Consideration | | | 35. | Cons. includes #2, Map 8 |
| | | | | | | | | | | | 210. | | | | | | 210. | |

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | |

**INTERSTATE COMMERCE COMMISSION**
**BUREAU OF VALUATION**

**LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER**

Owner: Penna. RRCo.
Division: Renovo
State: Penna.   County: Cameron
Valuation Section No.: 26.0
From: Emporium Jct., Pa.   to Erie, Pa.

Sheet No. 9 of __ sheets (this form)
Map No. 7-8 and 9-10
Date compiled as of June 30th, 1916, 19__
Compiled by Real Estate Dept. (BBS-HLL)
Valuation Dept. (GHHJr.)
Correct _____ Valuation Engr.

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST ORIG. Amount (14) | COST ORIG. Character of Expenditure (15) | Date of Sale (16) | Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7-2 | B.394 P. 3 | Deed | 6-17 1895 | John R. Buckwalter | P&ERRCo | O | 312 | 7-1 1895 | 4.7 | | 150. | 6-17 1895 | 150. | Consideration | | | 150. | |
| 7-3 | | | | | | | | | | | | | | | | | | Same as #1, Map 8. |
| 8-1 | | | | | | | | | 8.189 | | Unknown | | Unknown | Consideration | | | Unknown | RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |
| 8-2 | B.48 P.10 | Deed | 10-12 1865 | John Beers | P&ERRCo. | X | 28 | 10-10 1911 | 1.894 | | | 10-12 1865 | | | | | | Cons. included at #1, Map 7 |
| 8-3 | | | | | | | | | | | | | | | | | | Same as #1, Map 9 |
| 9-1 | | | | | | | | | 14.788 | | Unknown | | Unknown | Consideration | | | Unknown | RRCo. in possession for more than 40 yrs. Source of title and cost of unknown. |
| 9-2 | B.49 P.13 | Deed | 2-4 1882 | Jno.J.Butler | P&ERRCo. | G | 105 | 3-24 1882 | 1.54 | | 65. | 2-4 1882 | 65. | Consideration | | | 65. | |
| 10-1 | | | | | | | | | | | | | | | | | | Same as #1, Map 9. |
| 10-2 | B.48 P.10 | Cond'n | 10- 1862 | Samuel Burlinghame | P&ERRCo. | | | | 2.423 | | 150. RRCo.to build and maintain fences. | 10- 1862 | 150. Unknown | Award Cost of complying with covenants. | | | 150. (x) (X) | Unknown cost of complying with covenants. |

365.   365.

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

## LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Operating Company: Penna. RR Co.
Division: Renovo.
State: Penna.   County: Cameron
Valuation Section No.: 26.0
From: Emporium Jct. Pa.  to  Erie, Pa.

Sheet No. 6 of __ sheets (this form)
Map No. 10-11- and 12
Date compiled: as of June 30th, 1916, 19__
Compiled by: Real Estate Dept. (FCS-HLL)
Valuation Dept. (GHHJr.)
Correct: _____
Title: Valuation Engr.

| PARCEL NO. (1) | CUSTO-DIAN'S NO. (2) | KIND OF INSTRU-MENT (3) | DATE OF INSTRU-MENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICA-TION TO PUBLIC USE (13) | COST Amount (14) | COST Character of Expenditure (15) | Date of Sale (16) | Actual Consider-ation Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10-3 | B.48 P.17 | Deed | 10-2 1883 | Jas.K.P.Hall,etal | P&ERRCo | G | 400 | 10-5 1883 | | 18900 | | 1. 10-2 1883 | | Unknown Consideration | | | Unknown | |
| 11-1 | | | | | | | | | | | | | | | | | | Same as #2, Map 10. |
| 11-2 | B.48 P.10 | Cond'n | 10- 1862 | Kellog Hubbard | | | | | 2.818 | | 125. | 10- 1862 | 125. | Award | | | 125. | |
| 11-3 | B.48 P.8 | Deed | 12-6 1858 | Robert Halsey | S&ERRCo. | | | | | 34320 | | 12-6 1858 | | | | | | Cons. included at No.1a, Map 3 |
| 11-4 | | | | | | | | | | | | | | | | | | Same as #1, Map 12 |
| 12-1 | B.48 P.8 | Deed | 12-6 1858 | Robert Halsey | S&ERRCo. | | | | 8.833 | | | 12-6 1858 | | | | | | Cons. included at #1a, Map 3. |

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

125.   125.

D.V. Form
50,000 8-5-19

Owner: Penna. RRCo.
Operating Company: Penna. RRCo.
Division: Renovo
State: Penna.   County: Elk
Valuation Section No.: 26.0
From: Emporium Jct. Pa.   to Erie, Pa.

**INTERSTATE COMMERCE COMMISSION**
**DIVISION OF VALUATION**

**LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER**

Sheet No. 7 of 96 sheet
Map No. 12 and 13
Date compiled as of June 30th, 1916.
Compiled by Real Estate Dept. (FCS-HEL)
Valuation Dept. (GHHJr.)
Correct _____ (Title) Valuation Er

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST Amount (14) | COST Character of Expenditure (15) | Date of Sale (16) | Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12-2 | | | | | | | | | | | | | | | | | | Same as #1, Map 13 |
| 13-1 | | | | | | | | | 7.027 | | Unknown | | Unknown | Consideration | | | Unknown | RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |
| 13-2 | B.48 P.8 | Deed | 1-24 1865 | G.W. Rathburn | P&ERRCo. | 69 | 338 | 6-17 1911 | 3.088 | | 125. | 1-24 1865 | 125. | Consideration | | | 125. | |
| 13-3 | B.48 P.8 | Deed | 7-2 1863 | G.W. Rathburn | P&ERRCo. | | | | 3.984 | | "Donate, grant and Convey" | 7-2-1863 | | | | | | To be used for depot grounds only. Right to use any water etc. Cons. includes #4, Map 13 |
| 13-4 | B.48 P.8 | Deed | 7-2 1863 | G.W. Rathburn | P&ERRCo. | | | | | 3600 | | 7-2 1863 | | | | | | Cons. included at #3, Map 13. |
| 13-5 | B.294 P.18 | Deed | 7-13 1891 | James K.P. Hall etux, etal. | P&ERRCo. | 35 | 586 | 9-8 1891 | 1.333 | | 1. | 7-13 1891 | Unknown | Consideration | 5-20 1915 | 100. | Unknown | Area or orig. parcel 1.805 of which 20560 sq.ft. were sold to St. Marys and Eastern RRCo. B.1984, P.7 |
| 13-7 | | | | | | | | | 1.333 | | Unknown | | Unknown | Consideration | | | Unknown | RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |

REPRODUCED AT THE NATIONAL ARCHIVES

Reviewed by Secretary, Presidents' Conference Committee, Federal Valuation

# INTERSTATE COMMERCE COMMISSION
## DIVISION OF VALUATION

## LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

| Form | Value |
|---|---|
| Owner | Penna. RRCo. |
| Operating Company | Penna. RRCo. |
| Division | Renovo. |
| State | Penna.   County Elk |
| Valuation Section No. | 26.0 |
| From | Emporuim Jct., Pa.  to  Erie, Pa. |

| Sheet No. | 8 of 96 sheet |
|---|---|
| Map No. | 13-14-15 |
| Date compiled | as of June 30th, 1916. |
| Compiled by | Real Estate Dept. (FCS-HLL) |
| Valuation Dept. | (CHHJr.) |
| Correct | Valuation En |

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | RECORDED Book (7) | RECORDED Page (8) | RECORDED Date (9) | AREA Acres (10) | AREA Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | COST ORIG. Amount (14) | COST ORIG. Character of Expenditure (15) | SOLD Date of Sale (16) | SOLD Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 13-8 | | | | | | | | | | | | | | | | | | Same as #1, Map 14. |
| 14-1 | B.48 P.8 | Deed | 12-6 1858 | Robert Halsey | Sunbury & Erie RRCo. | | | | 5.121 | | | 12-6 1858 | | | | | | Cons. included at #1a, Map 3. |
| 14-2 | | | | | | | | | 2.954 | | Unknown | | Unknown | Consideration | | | | Unknown RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |
| 14-3 | | | | | | | | | | | | | | | | | | Same as #1, Map 15. |
| 15-1 | B.48 P.8 | Deed | 12-6 1858 | Robert Halsey | S&ERRCo. | | | | 6.797 | | | 12-6 1858 | | | | | | Cons. included at #1a, Map 3. |
| 15-2 | | | | | | | | | 4.432 | | Unknown | | Unknown | Consideration | | | | Unknown RRCo. in possession for more than 40 yrs. Source of title and cost unknown. |
| 15-3 | | | | | | | | | | | | | | | | | | Same as #1, Map 15. |
| 16-1 | B.48 P.8 | Deed | 12-6 1858 | Robert Halsey | S&ERRCo. | | | | 10.458 | | | 12-6 1858 | | | | | | Area includes part of #2, Map 16. Cons. included at #1a Map 3. |

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**INTERSTATE COMMERCE COMMISSION**
**DIVISION OF VALUATION**

**LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER**

Owner: Penna. RRCo.
Operating Company: Penna. RRCo.
Division: Renovo
State: Penna.   County: Elk
Valuation Section No.: 26.0
From: Emporium Jct., Pa.   to: Erie, Pa.

Sheet No. 9 of 96 sheet
Map No. 16-17-18-19-20
Date compiled: as of June 30th, 1916.
Compiled by: Real Estate Dept. (FCS-HLL)
Valuation Dept. (GHHjr.)
Correct _____ (Title) Valuation Ex

| PARCEL NO. (1) | CUSTODIAN'S NO. (2) | KIND OF INSTRUMENT (3) | DATE OF INSTRUMENT (4) | GRANTOR (5) | GRANTEE (6) | Book (7) | Page (8) | Date (9) | Acres (10) | Square Feet (11) | CONSIDERATION (12) | DATE OF DEDICATION TO PUBLIC USE (13) | Amount (14) | Character of Expenditure (15) | Date of Sale (16) | Actual Consideration Received (17) | COST AT DATE OF DEDICATION OF PARCEL AS NOW OWNED (18) | REMARKS (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16-2 | B.48 P.18 | Deed | 5-16 1884 | The Arthurs Coal & Lumber Co. | Phila.& Erie RRCo | 28 | 138 | 5-22 1884 | | 3640 | 1. | 5-16 1884 | | Unknown Consideration | | | | Unknown. Area partly included in #1, Map 16. Orig. area 36155 sq.f and Cons. in Deed Area apportioned. Remainder shown at #2, Map 16, V 26.0 DV.Form 108. |
| 17-1 | | | | | | | | | | | | | | | | | | Same as #1, Map 16. |
| 17-2 | | | | | | | | | 40.522 | | Unknown | | | Unknown Consideration | | | | Unknown RRCo. in possession for more than 40 yr. Source of title and cost unknown. |
| 17-3 | B.565 P.6 | Deed | 7-2 1900 | Henry Gerber | P&ERRCo. | 53 | 6 | 7-10 1900 | 2.0 | | 50. | 7-2 1900 | | 50. Consideration 4. recording 7. searches | | | 50. 11 | Right to lay pipe line. Take use of water from spring and stream, etc. C.D. 1448, 1449 |
| 18-1 | | | | | | | | | | | | | | | | | | Same as #2, Map 17 |
| 18-2 | | | | | | | | | | | | | | | | | | Same as #3, Map 17 |
| 19-1 | | | | | | | | | | | | | | | | | | Same as #2, Map 17 |
| 20-1 | | | | | | | | | | | | | | | | | | Same as #2, Map 17 |
| 20-1a | B.48 P.8 | Deed | 7-1 1863 | Frank Hasser et al | P&ERRCo. | 69 | 451 | 10-10 1911 | 3.25 | | 100. | 7-1 1863 | | 100. Consideration | | | 100. | Cons. includes Nos. 2 and 4, Map 21. |

161.   161.

INSTRUCTIONS TO CARRIERS—All data to be typewritten, using black record ribbon and carbon paper beneath, with carbon face next to back of sheet.

INTERSTATE COMMERCE COMMISSION
DIVISION OF VALUATION

LANDS OWNED OR USED FOR PURPOSES OF A COMMON CARRIER

Owner: Penna. RR Co.
Operating Company: Penna. RR Co.
Division: Renovo
State: Penna.   County: ELK
Valuation Section No.: 26.0
From: Emporium Jct., Pa. to Erie, Pa.

Sheet No. 10 of 96 sheet
Map No. 20-21-22
Date compiled: as of June 30th, 1916.
Compiled by: Real Estate Dept. (FCS-HLL)
Valuation Dept. (GHH Jr.)
Correct: [signature]  (Title) Valuation Ex

| Parcel No. (1) | Custodian's No. (2) | Kind of Instrument (3) | Date of Instrument (4) | Grantor (5) | Grantee (6) | Recorded Book (7) | Recorded Page (8) | Recorded Date (9) | Area Acres (10) | Area Sq.Ft. (11) | Consideration (12) | Date of Dedication to Public Use (13) | Cost Amount (14) | Cost Character of Expenditure (15) | Date of Sale (16) | Actual Consideration Received (17) | Cost at Date of Dedication of Parcel As Now Owned (18) | Remarks (19) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 20-2 | B.48 P.9 | Deed | 9-6 1859 | Jacob Schneider | Sunbury & Erie RR Co | H | 275 | 10-26 1859 | 7.552 | | 600. | 9-6 1859 | 181. | Consideration Apportioned | | | 181. | Area of orig. parcel 25.062 Ac. of which 30780 sq.ft. were condemned by the Buffalo & St.Marys RR Co. B.1960 P.1. who still hold title. 17.51 Ac. are shown on DV.form 108. Consideration Apptd. |
| 20-4 | | | | | | | | | | | | | | | | | | Same as #2, Map 21 |
| 21-1 | | | | | | | | | | | | | | | | | | Same as #2, Map 20 |
| 21-2 | B.48 P.8 | Deed | 7-23 1859 | Frank Hasser etal | S&ERR Co. | | | | | 41580 | | 7-23 1859 | | | | | | Cons. included at #1a, Map 20. |
| 21-3 | B.48 P.8 | Deed | 7-23 1859 | Arnold Fetterman, etal. | S&ERR Co. | 69 | 453 | 10-10 1911 | | 29040 | | 38. 7-23 1859 | | 38. Consideration | | | 38. | |
| 21-4 | B.48 P.8 | Deed | 7-23 1859 | Frank Hasser, etal | S&ERR Co. | | | | | 36960 | | 7-23 1859 | | | | | | Cons. included at #1a, Map 20. |
| 21-5 | B.48 P.8 | Deed | 1862 | Wm.T.Hobdell | P&ERR Co. | 53 | 499 | 3-15 1902 | 1.25 | | | 56. 1862 | 56. | Consideration | | | 56. | |
| 21-6 | B.48 P.8 | Deed | 8-7 1865 | John Hoffman | P&ERR Co. | 53 | 496 | 3-15 1902 | | 32670 | | 38. 8-7 1865 | | 38. Consideration | | | 38. | |
| | | | | | | | | | | | | | 313. | | | | 313. | |