# EXHIBIT 8

Case 1:05-cv-00191-SJM    Document 27-9    Filed 12/08/2006    Page 2 of 2

# County of Elk



**COMMISSIONERS**
Christine Gavazzi
Daniel R. Freeburg
June H. Sorg

Peggy Abarrah, *Chief Clerk*
Thomas G. Wagner, *Solicitor*

300 Center Street
P.O. Box 448 • Ridgway, PA 15853-0448
Telephone: (814) 776-1161
Fax: (814) 776-5379
www.co.elk.pa.us

NOV 6 2006 RECEIVED

ENTERED
Office of Proceedings
NOV 7 2006
Part of Public Record

November 1, 2006

Mr. Vernon A. Williams, Secretary
Surface Transportation Board
1925 K Street, N.W.
Mercury Building #711
Washington, DC 20423-0001

Re: Allegheny and Eastern Railroad, Inc. Rail Abandonment Exemption, Elk County, Pennsylvania; STB Docket No. AB-854X

Dear Mr. Williams:

At the October, 2006, meeting of the Elk County Commissioners, the Commissioners adopted a motion authorizing the substitution of the West Creek Recreational Trail Association for the County of Elk as the party responsible for representing matters before the Surface Transportation Board relative to the 18.9 mile rail corridor extending from Emporium, Cameron County, PA to St. Marys, Elk County, PA.

Please amend your records accordingly.

Respectfully submitted,

ELK COUNTY COMMISSIONERS

*[signatures]*

cc: David Collins - Allegheny and Eastern Railroad
    Eric Hocky – Gollatz, Griffin, and Ewing