# EXHIBIT 14



**COMMONWEALTH OF PENNSYLVANIA**
**PENNSYLVANIA PUBLIC UTILITY COMMISSION**
**P.O. BOX 3265, HARRISBURG, PA 17105-3265**

IN REPLY PLEASE
REFER TO OUR FILE

**September 2, 2005**

A-00120637

TO ALL PARTIES

      Application of the Buffalo & Pittsburgh Railroad, Inc. f/k/a Allegheny & Eastern Railroad, Inc, for approval of the suspension of crossings where the track of its A & E Subdivision crosses twelve (12) public highways, at grade, between Mileposts 131.0 and 149.9 in the City of St. Marys, Elk County and in Shippen Township and the Borough of Emporium, Cameron County.

To Whom It May Concern:

      A final inspection made on August 30, 2005 revealed that the suspension of the at-grade crossings has been satisfactorily completed.

      The Commission issues this Secretarial Letter in accordance with Section 2702 of the Public Utility Code and finds that since all work has been completed, the case be "CLOSED."

      If you are dissatisfied with the resolution of this matter, you may, as set forth in 52 Pa. Code §5.44, file a petition with the Commission within ten (10) days of the date of this letter.

      Very truly yours,


      James J. McNulty
      Secretary