# EXHIBIT 15

| | |
|---|---|
| RIGHT OF WAY | KNOW ALL MEN BY THESE PRESENTS, That I, George Thayer of Cameron |
| GEORGE THAYER | County Pennsylvania for and in consideration of the sum of three |
| T O | hundred and seventy five Dollars and no cents, to me in hand paid by |
| P. & E. R.R. CO. | the Philadelphia and Erie Railroad Company, at and before the sealing |
| Dated July 3" 1862. | and delivery hereof, the receipt whereof is hereby acknowledged, have |
| Consideration $375.00 | granted, bargained, sold and and conveyed; and by these presents do grant |
| Recorded Oct. 10" 1911 | bargain sell and convey to the said Philadelphia and Erie Railroad Company |

their successors and assigns, for the uses and purposes of said Rail road and the construction of works connected therewith, a strip of land four rods in width, and about one hundred rods in length, and extending across my land in Shippen Township, Cameron County, on which the said Company have located their Road one half each side of centre line.

TO HAVE AND TO HOLD, the said strip of land above mentioned, or intended so to be, to the said Philadelphia and Erie Railroad Company, their successors and assigns, to and for the only proper use and behoof of the said Philadelphia and Erie Railroad Company, their successors and assigns forever, being through two separate piece of land.

And I do hereby for myself, my heirs, executors, administrators and assigns, release to said Philadelphia and Erie Railroad Company, their successors or assigns, all claims for, or right to damages, which may have resulted or accrued, or which can result or accrue, to me, my heirs, executors, administrators or assigns, for or by reason of the appropriation and occupancy of the said strip of land by the said Philadelphia and Erie Rail Road Company their successors or assigns, for the use of said road. The said Company agreeing to build the fences on both sides of the Road. This includes barrow pits to date.

IN WITNESS WHEREOF, I have hereunto set my hand and seal the third day of July A. D. One thousand eight hundred and sixty two.

WITNESSES PRESENT.                              G. C. Thayer   (SEAL)

The word " Sunbury" six times erased and the word" Philadelphia" six times interlined before signing.
Clinton Lloyd.
The amount of the within hereleaseto wit: the sum of Three hundred and seventy five dollars payable by Edward Miller & Co. to George Thayer or bearer upon the presentation of this released property signed by the party at the Lock Haven Bank upon this fifteenth day of August 1862.
$375.00                                       Clinton Lloyd   Att.

Cameron County   ss.
Now to wit, Oct. 9th, 1911, I hereby certify that before me the President Judge of the 25th Judicial District of Pennsylvania in open Court of said County where the land lies mentioned in the attached grant personally came Thomas W. Lloyd and Robert H. Faries who upon their oaths did declare and say, that they were well acquainted with Clinton Lloyd who subscribed the attached grant as a witness, during his lifetime, that the said Clinton Lloyd is now deceased, as is also G. C. Thayer the grantor named in the said release or grant of right of way for a railroad as they are informed and verily believe, that they are well acquainted with the handwriting of the said Clinton Lloyd and they further say that they have carefully examined the signature of Clinton Lloyd on the attached paper release or grant of right of way for a railroad and find the same to be in the handwriting of the said Clinton Lloyd, that they make this declaration for the purpose of proving the due execution of the attached instrument in writing to the end that the same may be recorded.

I therefore approve the proof of the due execution of the attached instrument in writing and direct that the same may be recorded.

WITNESS my hand and the seal of the Court of Common Pleas of Cameron County the day and year first above written

                                             Harry Alvan Hall
                                             President Judge of the 25th Judicial
( Seal of the Court)                        District of Pennsylvania.

Recorded Oct. 10" 1911                                            Recorder.