# EXHIBIT 16

(50 Recd 50)

D E E D of Release
Jonathan W.Campbell
George Thayer
t o
Philadelphia and Erie Rail road Company.

Recorded Dec. 11, 1911

KNOW ALL MEN BY THESE PRESENTS that we Jonothan W.Campbell and George Thayer of Shippen Township Cameron County and State of Pennsylvania for and in consideration of the sum of fifty. . dollars to us in hand paid by the said Philadelphia and Erie Rail Road Company the receipt whereof is hereby acknowledged have granted ,bargained,sold ,released and transferred and by these presents do grant,bargain,sell and transfer to the said Philadelphia and Erie Railroad Company its successors and assigns a strip of land across that certain piece of land situate in the said Township of Shippen ,County of Cameron and State of Pennsylvania adjoining the lands of James Piersoll on the West and other lands of George Thayer on the East and across which the said Company have located its Railroad ,this strip being about seventy rods in length more or less ,and four rods in width,and such additiona l width as may be necessary at Cuttings and embankments for the uses and purposes of said Road --and further we hereby release the said The Philadelphia and Erie Railroad Company its successors and assigns,of and from all claims for or right to damages which we or either of us may or can have against the said the Philadelphia and Erie Rail Road Company its successors and assigns in consequence of the location and construction of the said Rail Road across the land herein described -

In witness whereof we have hereunto set our hands and seals the tenth day of March One thousand eight hundred and sixty three

Witness present-

T.B.Hacket — Jonothan N.Campbell (Seal)

" — G.C.Thayer (Seal)

Cameron County,ss.

Personally appeared before me the subscriber one of the Justices of the Peace in and for the County of Cameron the above named J.N.Campbell a nd George Thayer and acknowledged the foregoing Indenture to be their act and deed and desired the same to be recorded as such .Witness my hand and seal this eleventh day of March A.D.1863

J.Housler,J.P. (SEAL)

$50.00

Received Mach 10,1863 of the Philadelphia and Erie Rail Road Company per H.T.Beardsley a draft on Edward Miller Co.for fifty dollars payable at the Lock Haven Bank on the 16th of March inst (1863) which if paid at maturity will be in full of the consideration mentioned in the foregoing Indenture

Jonothan N.Campbell

Recorded Dec. 11, 1911 — W.J. Leavitt Recorder.