# EXHIBIT 18

# Know all Men by these Presents,

THAT *John M. Morrison*

For and in consideration of the sum of *One hundred & fifty*
Dollars, and *no* Cents, to *me* in hand paid by the SUNBURY AND ERIE RAIL ROAD COMPANY, at and before the sealing and delivery hereof, the receipt whereof is hereby acknowledged, have granted, bargained, sold and conveyed; and by these presents do grant, bargain, sell and convey to the said Sunbury and Erie Rail Road Company their successors and assigns, for the uses and purposes of said Rail Road, and the construction of works connected therewith, a strip of land *four* rods in width, and about _____ rods in length, and extending across my land in *Shippen* Township, *McKean* County, on which the said Company have located their Road. *Two each side Centre line*

**To have and to hold,** the said strip of land above mentioned, or intended so to be, to the said Sunbury and Erie Rail Road Company, their successors and assigns, to and for the only proper use and behoof of the said Sunbury and Erie Rail Road Company, their successors and assigns forever.

And *I* do hereby for *myself my* heirs, executors, administrators and assigns, release to said Sunbury and Erie Rail Road Company, their successors or assigns, all claims for, or right to damages, which may have resulted or accrued, or which can result or accrue to *me my* heirs, executors, administrators or assigns, for or by reason of the appropriation and occupancy of the said strip of land by the said Sunbury and Erie Rail Road Company, their successors or assigns, for the use of said Road. The said Company agreeing to build the fences on both sides of the road.

**In Witness Whereof,** *I* have hereunto set *my* hand and seal the *Seventh* day of *September* A. D. one thousand eight hundred and fifty *nine*

WITNESSES PRESENT.

*John M. Morrison* (Seal)

RECEIVED the date of the above Indenture, of CLINTON LLOYD, Attorney of S. & E. R. R. Co., the Draft of Treasurer of said Company at _____ days for *One hundred & fifty* Dollars and *no* cents, which when said and paid at maturity shall be in full satisfaction of above consideration.

*John M. Morrison*

$

State of Pennsylvania

County of Cameron  s s

  Before me the Recorder of Deeds in and for Cameron County Personally Came John K. Morrison the grantor within named and in due form of law he acknowledged the within instrument in writing to be his act and deed and desired that the same might be recorded as such Witness my hand and official seal

            Recorded of Deeds

Commonwealth of Pennsylvania, } ss.
CAMERON County,

RECORDED on this _12th_ day of _July_ A. D., 19_11_, in the Recorder's Office of said County, in _Deed_ Book, Vol. _W_ Page _253_ Given under my hand and the seal of the said Office the date above written.

            Recorder

State of Pennsylvania

County of Cameron  s s

  Before me the Recorder of Deeds in and for Cameron County Personally Came John K. Morrison the grantor within named and in due form of law he acknowledged the within instrument in writing to be his act and deed and desired that the same might be recorded as such Witness my hand and official seal

            Recorded of Deeds

Commonwealth of Pennsylvania, } ss,
CAMERON County,

RECORDED on this _10th_ day of _July_ A. D., 19_11_, in the Recorder's Office of said County, in _Deed_ Book, Vol. _W_ Page _253_ Given under my hand and the seal of the said Office the date above written.

            Recorder