IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Defendant. | Civil Action No. 05-191 E |

**SECOND SET OF STIPULATIONS REGARDING TITLE MATTERS**

  Plaintiffs and class representatives Robert Troha and Frederick Bignall, for themselves and for the members of the certified class, and Defendant, the United States of America, through counsel, submit the following stipulation regarding title matters. This stipulations amends and supplements the Stipulations Regarding Title Matters filed on December 8, 2006, as Exhibit 2 to the parties' Joint Appendix (Doc. 27), which contains stipulation numbers 1 through 7 regarding the ownership interest originally acquired by the railroad company.

  8.  <u>Category 3 (Grant Deeds with Release Language)</u> – The parties have stipulated that Category 3 includes the deeds for ICC Parcel Nos. 3-4 and 4-1, 4-2, 4-3 and 5-3. The parties stipulate that, under Pennsylvania law, these deeds conveyed a right-of-way for railroad purposes to the railroad company.

Dated: January 9, 2007

Respectfully submitted,

                                              SUE ELLEN WOOLDRIDGE
                                              Assistant Attorney General
                                              Environment & Natural Resources Division

| s/David A. Cohen | s/Kristine S. Tardiff |
|---|---|
| DAVID A. COHEN | KRISTINE S. TARDIFF |
| PA Bar I.D. No. 54342 | Bar Identification No. NH10058 |
| | |
| Counsel of Record for Plaintiffs | Counsel of Record for Defendant |
| | |
| THE CULLEN LAW FIRM | U.S. Department of Justice |
| 1101 30th Street, N.W. | Environment & Natural Resources Division |
| Suite 300 | Natural Resources Section |
| Washington, D.C. 20007 | 53 Pleasant Street, 4th Floor |
| TEL: (202) 944-8600 | Concord, NH 03301 |
| FAX: (202) 944-8611 | TEL: (603) 230-2583 |
| | FAX: (603) 225-1577 |