IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 05-191 E ) ) ) ) ) |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**

Defendant, the United States of America, hereby moves for a one week extension of time to file its cross-motion for summary judgment and opposition to Plaintiffs' motion for partial summary judgment, to and including January 19, 2007. In support of this motion, Defendant states as follows:

(1)     Plaintiffs filed their motion for partial summary judgment on title and liability issues on December 8, 2006. Pursuant to the Court's Order of November 27, 2006 (Doc. 24), Defendant's opposition and cross-motion for summary judgment is due on or before January 12, 2007.

(2)     In connection with the briefing on title and liability issues, the parties previously reached a set of stipulations regarding title matters. Stipulations Regarding Title Matters, Joint Appendix, Ex. 2 (Doc. 27, filed Dec. 8, 2006).

(3)     One of the title issues that was not resolved by the parties Stipulations was the question as to the nature of the interest that was conveyed to the railroad company by the deeds

in Category 3 (Grant Deeds With Release Language). Accordingly, as indicated in those Stipulations, the parties intended to brief this issue as part of their cross-motions for summary judgment. Stipulations, ¶ II.3. However, the parties recently reached a stipulation regarding the nature of the interest conveyed to the railroad by the deeds in Category 3. This stipulation is set forth in the parties' Second Set of Stipulations Regarding Title Matters, which has been filed this date. As a result of this additional title stipulation, the focus of the parties' cross-motions for summary judgment will be narrowed to the question of liability.

(4)     Due to the time spent on title matters leading up to the recent stipulation, Defendant finds that it needs additional time to complete its cross-motion for summary judgment and opposition to Plaintiffs' partial motion for summary judgment on the question of liability. Defendant therefore respectfully requests a one week extension to file its cross-motion and brief, to and including January 19, 2007.

(5)     Defendant had contacted Plaintiffs' counsel of record regarding its requested extension of time. Plaintiffs' counsel of record has indicated by telephone that Plaintiffs do not oppose this motion.

WHEREFORE, Defendant respectfully requests that it be granted a one week extension of time, to and including January 19, 2007, in which to file its cross-motion for summary judgment and opposition to Plaintiffs' motion for partial summary judgment on the question of liability.

Dated: January 9, 2007

        Respectfully submitted,

        SUE ELLEN WOOLDRIDGE
        Assistant Attorney General
        Environment & Natural Resources Division

        s/Kristine S. Tardiff
        KRISTINE S. TARDIFF
        Bar Identification No. NH10058
        Counsel of Record for Defendant

        U.S. Department of Justice
        Environment & Natural Resources Division
        Natural Resources Section
        53 Pleasant Street, 4th Floor
        Concord, NH 03301
        TEL: (603) 230-2583
        FAX: (603) 225-1577