IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>THE UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　　Civil Action No. 05-191 Erie<br>)<br>)<br>)<br>) |

## ORDER

The Court, having reviewed the Defendant's Unopposed Motion for an Extension of Time (Doc. 29), and having found good cause for the extension requested therein, hereby GRANTS said Motion.

IT IS HEREBY ORDERED that the deadlines set forth in this Court's Order of November 27, 2006 (Doc. 24), are amended as follows:

Defendant is to file its opposition to Plaintiffs' dispositive motion and any cross-motion no later than January 19, 2007.

_____
Sean J. McLaughlin
United States District Judge