IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>      v.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil Action No. 05-191 Erie |

## ORDER

The Court, having reviewed Defendant's Unopposed Motion to Enlarge the Page Limit for Its Summary Judgment Brief (Doc. 31), and having found good cause for the enlargement requested therein, hereby GRANTS said Motion.

IT IS HEREBY ORDERED that Defendant may file a brief in support of its cross-motion for summary judgment and opposition to Plaintiffs' motion for partial summary judgment that is up to 35 pages in length.

_____
Sean J. McLaughlin
United States District Judge