IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) Civil Action No. 05-191 E ) ) ) ) ) |

**DEFENDANT'S APPENDIX OF EXHIBITS
IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT**

    SUE ELLEN WOOLDRIDGE
    Assistant Attorney General
    Environment & Natural Resources Division

    KRISTINE S. TARDIFF  (NH10058)
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    53 Pleasant Street
    Concord, NH 03301
    TEL: (603) 230-2583/FAX: (603) 225-1577

    KELLE S. ACOCK (TX24041991)
    United States Department of Justice
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Ben Franklin Station
    Washington, DC 20044-0663

OF COUNSEL:
ELLEN D. HANSON, General Counsel
EVELYN KITAY, Attorney
Surface Transportation Board
Office of the General Counsel
Washington, D.C.20423                                         Dated: January 18, 2007

INDEX TO DEFENDANT'S APPENDIX OF EXHIBITS
IN SUPPORT OF ITS CROSS-MOTION FOR SUMMARY JUDGMENT

| Exhibit No. | Description |
|---|---|
| 1 | Pennsylvania Act of April 3, 1837 |
| 2 | Pennsylvania Act of March 15, 1847 |
| 3 | Pennsylvania Act of March 7, 1861 |
| 4 | Notice of Assignment of Rights and Obligations and Statement of Willingness to Assume Financial Responsibility from West Creek Recreational Trail Association (WCRTA), filed by Cameron and Elk Counties with the STB in Docket No. AB-854(X), December 19, 2006 |
| 5 | STB Decision and NITU, approving substitution of WCRTA, Docket No. AB-854(X), December 29, 2006 |
| 6 | WCRTA Request to Extend Negotiating Period, filed with the STB in Docket No. AB-854(X), January 8, 2007 |
| 7 | Letter from Allegheny & Eastern Railroad consenting to WCRTA's request to extent the NITU, filing with the STB in Docket No. AB-854(X), January 10, 2007 |
| 8 | STB Decision, Docket No. AB-854(X), January 12, 2007 |