IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| **ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,** ) ) ) ) ) | |
| **Plaintiffs,** ) | Civil Action No. 05-191-E |
| ) | |
| **v.** ) | |
| ) | |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

AND NOW, this _____ day of _____ 2007, after considering the foregoing Motion of Rails-To-Trails Conservancy For Leave to File *Amicus Curiae* Brief in Support of Defendant's Motion for Summary Judgment, leave is hereby GRANTED.

_____
Sean J. McLaughlin
United States District Judge