UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,<br><br>      Plaintiff,<br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>      Defendant. | Civil Action No. 05-191-E |

## ORDER

The Court, having reviewed Plaintiffs' Unopposed Motion for an Extension of Time, and having found good cause for the extension therein, hereby GRANTS such motion.

IT IS HEREBY ORDERED that the deadlines set forth in this Court's Order of November 27, 2007 (Doc. 24), are amended as follows:

Plaintiffs is to file their opposition to Defendant's dispositive motion and any reply in support of their motion any cross motion no later than February 16, 2007.

_____
Sean J. McLaughlin
United States District Judge