# EXHIBIT 20

Entered according to the Act of Congress in the year 1836 by Fred Schoening [...] SCHENING [...] Ridgway Publishing Co., Limited, Ridgway, Pa.

10-2



*Among the Records and Proceedings* enrolled in the Court of Common Pleas in and for the County of ............Cameron............ in the Commonwealth of Pennsylvania, to No. 2 October ............ Term, 18*0* 62. is contained the following :

Copy of ............Appearance............ *DOCKET ENTRY.*

| Samuel Burlingham | A. D. No. 2 October term, A.D. 1862. |
| vs | July 14th. 1862, on application of t |
| Phila. & Erie R.Road Co. | the Phila. & Erie R. Road Co. The Court |
| | Appoint Wm. J. Kealsh, Robt Lipton Isaac |
| | S. Buffington, Mordecai Waddle & Isaac W. |
| | May, viewers and appraisers of damages to |
| | meet on Saturday the 9th. day of August A |

D. 1862 next. Aug. 6th. A. D. 1862, notice returned served by copy July 22nd. 1862, Fees $.98. Viewers award in favor of Samuel Burling-ham the sum of one hundred and fifty dollars. The Company to build fences through the improved lands as per award and draft filed Oct. 8th. 1862.   Oct 7th. 1862, confirmed ni si.   By the Court.   Jan 5th. 1863, motion to confirm made absolute. By the Court.

And now, March 10th. 1863, on application of the atty for the Co. it is hereby ordered and directed in the above stated - that the Phila. & Erie Rail Road Company shall pay the sum named in the award in this case into Court and the Prothy is directed to deposit the same in the Lock Haven Bank, to the credit of the Prothy of the Court to be paid to the persons named in said award (unless claimed by cre-ditors) upon the docket being receipted by said persons. A certified statement of the satisfaction of the docket to accompany the Clerk for the check for the money.                    By the Court.

See order filed with the papers in no 1 of this term March 10th. 1863. $150. the amount of the award paid into Court.

The above judgment assigned July 13th. 1864 to Vancikle, Emery & Co. as per assignment on file. Receipt filed March 14th. 1865 for full satisfaction of the above judgment & Int. Signed Vancicle and Co.

Th the Honorable the Judges of the Court of Common Pleas in and for the County of Cameron.

The Petition and application of the Philadelphia & Erie Railroad Co. respectfully represents:

That in pursuance of the provisions of the Act of Assembly incorporation "the Sunbury & Erie Rail Road Company, passed the third day of April, one thousand eight hundred and thirty seven, and the several supplements thereto, it has become necessary and the said Company desire to enter in and up on and to occupy for the purpose of making, constructing and using their said railroad, the land upon which the same is located. That Samuel Burlingham claims to be the owner of and in possission of land in Shippen Township in said County, adjoining land of H. L. Gifford on the east and Kellog Hubbard on the west. Containing about one hundred acres through which said road is located. That said road will occupy of the same about one hundred rods in length begining at the line of lands occupied by Gifford and running in a westerly direction and about four rods in breadth. One half on each side of the centre line as at present located and extending through the land of said Burlingham on which he resides.

That said Company, although the have endeavored to do so cannot agree with the owners upon the value of said land or for the compensation proper for the damage done or likely to be done to or sustained by said owner for the land which said Company may enter upon, use or take away in pursuance of the authority given them by the said Act and the Supplements there to. Your petitioners therefore pray the Court to appoint five disinterested and competent persons, as viewers to meet upon the premises and after being first duly sworn or affirmed, f faithfully, justly and impartially to decide and true report to make concerning all the matters and things to be submitted to them in relation to which they are authorized to inquire in pursuance of the provisions of the Act and its supplements and having viewed the premises, shall estimate and determine the quantity, quality and value of said land so taken and occupied or to be taken and occupied or the materials &c used or taken away or to be used or taken away and having a due regard to and making just allowances for the advantages and which may have resulted or which may result to the owners of said lands and materials in consequence of the opening or making of said rail road or the construction of works connected therewith and after having made a fair and just comparison of said advantages or disadvantages shall estimate and determine whether any, and if any, what damages have been sustained or may be sustained and to whom payable and make report there of to the said Court. And they will ever pray etc.

Philadelphia & Erie R. R. Co. per Clinton Lloyd Agt.

Lycoming County, SS.

Personally appeared before me, Jacob Runyan, Prothonotary of the Court of Common Pleas of said County, Clinton Lloyd Agent of the Philadelphia & Erie Rail Road Company and being just duly sworn doth depose and say that the facts set forth in the foregoing petition are to the best of his knowledge and belief.                          Clinton Lloyd.

Sworn and subscribed before me this 7th. day of July 1862.

J. S. Runyan, Prothy. per N. B. K.

And now July 14th. 1862, the within petition was present-
ed and read and WilliamKealsh, Robert Lipton, Isaac S. Buf-
fington, Mordecia Waddle and Isaac W. May were appointed
viewers and appraisers in accordance with the prayer of the
petition, to meet on the premises on Saturday the 9th. day of
August, 1862.

By the Court.

(Endorsed)

Samuel Burlingham
        ads
Phila.& Erie R.R.Co.

Petition for viewers.

Oct. 7th. 1862, Confirmed
ni si. By the Court.

Jan 6th. 1863  Confirmed
Absolute. By the Court'

Filed July 14th. 1862.

Samuel Burlingham
        Ads

In the Court of Common Pleas of
Cameron County.

Samuel Burlingham        In the Court of Common Pleas of
      Ads                Cameron County.
The Philadelphia and Erie
Railroad Company.         No. 2 October term, 1862.

Messrs Wm. J. Kealsh, Robt. Lipton, Isaac Buffington, Mordecai Waddle and Isaac W. May.

**Pleas take notice that upon the petition of the Phila. &** Erie Rail Road Company filed in the Court of Common Pleas of Cameron County, on the 14th. day of July 185- you were severally appointed by said Court to view and assess the damage, if any, which may be sustained in consequence of the location and construction of the Phila. & Erie Rail Road should the same be made through and over the land of Sam'l Burlingham Situate in Shippen township, in said County and that you and each of you are to meet on the premises on Saturday the 9th. day of August, 1862 for the purpose aforesaid. Your punctual attendance is particularly requested.

           H. T. Beardsley, Atty for the Phila. &
           Erie R.R. Co.

(Endorsed)
Samuel Burlingham
      ads
The Phila. & Erie R.R.Co.      Notice to viewers.

July 22nd. 1862, served the within notice on all the within named viewers by giving each a copy of the same.
           H. T. Beardsley.

In the Court of Common Pleas of Cameron County, of October term, 1862, No. 2.

To Samuel Burlingham:  Take notice that upon petition of The Philadelphia & Erie Rail Road Company, filed in the Court of Common Pleas of Cameron County, on the 14th. day of July 1862, The said Court have appointed Wm. J. Kealsh, Robert Lipton, Isaac S. Buffington, Mordecai Waddle, and Isaac W. May as viewers, to view the premises and assess the damages, if any, which you may sustain or which may be occassioned in consequence of the location and construction of the Philadelphia & Erie Rail Road, should the same be made throeugh your land, situate in Shippen township, in said County, adjoining lands of H. L. Gifford, east, and Kellog Hubbard west and the said viewers will meet on the premises on Saturday the 9th. d day of August, 1862% for that purpose and as more fully set forth in said petition.

Certified from the records at Shippen, this 15th. day of July 1862.   Isaac Ramage, Prothy.                    (seal)

Served the within notice on the defendant by giving him a true and attested copy, July 22nd. 1862. So answers John A. Eldred, Sheriff.   Fees $1.98.

Sworn and subscribed before me this Aug. 6th. 1862.

Isaac Ramage, Prothy.   (seal)

(Endorsed)

No. 2 Oct. T. 1862.   Sam'l Burlingham ads The Phila & Erie R. R. Co.      Notice to parties.

# REPORT.

To the Honorable, the Judges of the Court of Common Pleas of Cameron County.

We the undersigned W.J.Kealsh, Robert Lipton and Mordecai Waddle, a majority of the viewers appointed by the Court of Common Pleas of Cameron County and named in the annexed order met at the time and place mentioned in said order viz: on the 9th. day of August, 1862 and first been severally sworn and affirmed according to law and as required by the fourth section of the supplement to the Act incorporation the Sunbury & Erie Rail Road Company approved the 27th. day of March 1852 The name of the said Company having been changed by Act of Assembly to the Philadelphia and Erie Rail Road Company, in the presence of the parties proceeded to view the premises in said order mentioned, belonging to Samuel Burlingham Which the said Phila. & Erie Railroad Company propose to take and o occupy for the purposes of their road and the materials to be used and taken by the for the construction of said road and having estimated and determined the quantity, quality and value of said land and the materials used and taken or to be used ,and taken away for the opening and making off said road and having a due regard to and making just allowance for the advantage which may have resulted or which may result to the owner of said land or materials in consequence of the opening or making of said Railroad or the construction of works connected therewith, and having made a just and fair comparison of said advantages or disadvantages, have estimated and determined the damages sustained and which may be sustained by the said Sam'l Burlingham by reason of the opening of said Railroad as follows: viz:- for two and 97/100 acre and -- perches of land being about one hundred and four perches in length and four perches in breadth taken by and for the purposes of said railroad of the value of forty dollars per acre making say one hundred and four dollars and -- cents, land being improved and of a medium quality (Company to build the first fence on both sides of said road through through improved land Also for leaving land in inconvenient shape the sum of forty six dollars the above estimate includes borrow pit at upper end of land as shown on draft. Making in the aggregate the sum of one hundred and fifty dollars which we adjudge shall be paid by the said Sunbury & Erie Railroad Company to Samuel Burlingham, the owner. And we hereto annex a plot or draft of the land taken by the road as part of this report.

In Witness whereof we have hereunto set our hands and seals this 18th. day of August, 1862.

|  |  |
|---|---|
| Robt. Lipton | (seal) |
| W. J. Kealsh | (seal) |
| Mord. Waddle | ( seal) |



Kellog Hubbard

3531+38

3528+27

3576+94

Filed Oct 6" 1862

Samuel
Burlingham
2.97
Acres
Improved

3514+15

Gifford

Philadelphia & Erie Railroad Company, pay to Messrs
Vancickle, Emery & Co. one hundred and fifty dollars, the
damages allowed and awarded to me for the right of way through
my farm. They having purchased my farm and will convey to you
if you pay the right of way for said road and also pay them
for the surplus land and such other claims as I have against
said Railroad Company for damages to the land which I have con
veyed to them. July 13th. 1864.
Samuel Burlingham.
Robert Halsey, Witness.

(Endorsed)
Samuel Burlinghams order on Phila & Erie R.R.Co. to pay to
Messrs Vancicle, Emery & Co.

Filed March 14th. 1865.

The Philadelphia & Erie                In the Court of Common Pleas of
Rail Road Company                      Cameron County..
        vs                             No. 2 October term, 1862.
Samuel Burlingame                      Award in favor of Samuel Burlin-
                                       gham.              $150.00
                                       Assigned to Vansickle Emery & Co
        Received Feb. 10th. 1865 of the Phila & Erie Rail Road
Company the above sum of one hundred and fifty dollars in
full of the above award and we hereby authorize empower and
direct the Prothonotary of Cameron County to enter satisfact-
ion in full on the above award.
                        VanSickle, Emery & Co.

(Endorsed)
The P. &. E. R.R.Co.
        ads
Samuel Burlingham

Rect and order to satisfy judgment.

Filed March 16th. 1865

COMMONWEALTH OF PENNSYLVANIA, } ss.

County of *Cameron*

I *C Jay Goodnough* Prothonotary of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true and correct copy of the whole record of the case therein stated, wherein *Samuel Burlingham* is Plaintiff, and *The Phra and Erie R Road Co. are* Defendant, as the same remains of record before the said Court at No. *2* of *October* Term, A. D. 18*86* ~

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this *30* day of *Nov* A. D. 1898.

*C Jay Goodnough*

Prothonotary.

I , President Judge of the

Judicial District, composed of the Counties of , do certify that

, by whom the annexed record, certificate and attestation were made and given, and who in his own proper handwriting, thereunto subscribed his name and affixed the seal of the Court of Common Pleas of said County was at the time of so doing and now is Prothonotary in and for said County duly commissioned and qualified, to all of whose acts as such full faith and credit are and ought to be given as well in Courts of judicature as elsewhere, and that the said record, certificate and attestation are in due form of law, and made by the proper officer.

President Judge.

COMMONWEALTH OF PENNSYLVANIA, } ss.

County of

I , Prothonotary of the Court of Common Pleas in and for the said County, do certify that the Honorable , by whom the foregoing attestation was made, and who has hereunto subscribed his name was at the time of making thereof and still is President Judge of the Court of Common Pleas, Orphans' Court and Court of Quarter Sessions of the Peace in and for said County, duly Commissioned and qualified; to all whose acts as such full faith and credit are and ought to be given, as well in Courts of judicature or elsewhere.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, this day of , A. D. 189 .

Prothonotary.

REAL ESTATE DEPARTMENT
RECORD—No. 6
ATLAS—Vol.
LOT No.
Box 78, Folio 1a

No. 2 October TERM, 1896

Samuel Buckingham

VERSUS

Philadelphia & Erie
Rail Road Company

EXEMPLIFIED RECORD

From ................... County.

Debt, $ ...................

Int. from ...................

Costs ...................

Entered and Filed ........... 189

Prothonotary.