# EXHIBIT 21

Entered according to the Act of Congress in the year 1878 by Fred Schoening & Co., in the Office of the Librarian of Congress, at Washington.

No. 170—Record and Certificates. The SCHŒNING Uniform Series of Law Blanks. Ridgway Publishing Co., Limited, Ridgway, Pa.

11-2

*Among the Records and Proceedings enrolled in the Court of Common Pleas in and for the County of* Cameron *in the Commonwealth of Pennsylvania, to No.* 3 October *Term, 18*62. *is contained the following:*

*Copy of* Appearance *DOCKET ENTRY.*

Kellog Hubbard

vs

Phila. & Erie R. Road Co.

A. D. 3 October term, 1862.

And now, to-wit July 14th. A.D. 1862 on application of the Phila. & Erie R. Road Co. the Court appoint Wm. J. Kealsh Robert Lipton, Isaac S. Buffington, Mordicia Waddle and Isaac W. May, viewers and appraisers of damages to meet on the premises on Saturday, the ninth day of August, A.D. 1862. Fees $0.98. Viewers award in favor of Kellog Hubbard the sum of one hundred and twenty five dollars and the company to build fences through improved lands as per award and draft filed October 6th. 1862. Oct. 7th. 1862, Confirmed absolute. By the Court. as per agreement of parties. Costs paid to Prothy. Ramage. See file No. 11 Oct. term 1862.

| | |
|---|---|
| Proty R. | 1.12 |
| Copy | .25 |
| Sheriff E | 1.98 |
| Stamp | .10 |

To the Honoarable the Judges of the Court of Common Pleas in and for the County of Cameron (~~Lycoming~~)

The petition and application of the Philadelphia ~~Sunbury~~ & Erie Railroad Co., respectfully represents:

That in pursuance of the Act of Assembly incorporating "The Sunbury & Erie Railroad Company" passed the third day of April, one thousand eight hundred and thirty seven, and the several supplements thereto, it has become necessary and the said Company desire to enter in and upon and to occupy for the purpose of making, constructing and using their said Railroad, the land upon which the same is located. That Kellog Hubbard claims to be the owners of and in possesssion of a tract of land in Shippen Township in said County, adjoining land of Sam'l Burlinggame on the east and G. L. Hubbard on the west. Containing about 100 acres through which the said road is located; that said road will occupy of the same about one hundred rods in length, begining at the line of Sam'l Burlingame and running in a westerly direction and about four rods in breadth and one half on each side of the center line of said railroad as at present located.

That said Company, although they have endeavored to do so, cannot agree with the owners upon the value of said land or for the compensation proper for the damages done, or likely to be done to or sustained by said owner of the land which said Company may enter upon, use or take away in pursuance of the authority given them by the said Act and the Supplements thereto.

Your petitioners therefore pray the said Court to appoint five disinterested and competent persons, as viewers to meet upon the premeises and after being first duly sworn, or affirmed, faithfully, justly and impartially to decide and true report to make concerning all the matters and things to be submitted to them in relation to which they are authorized to enquire in pursuance of said Act and its supplements and having viewed the premises shall estimate and determine the quantity, quality and value of said land so taken or occupied or the Materials etc. used or takenaway and having a due regard to and making just allowance for the advantages which may have resulted or which may result to the owners of said land or materials in consequence of the opening or making of said Railroad or the construction of work, connected therewith, and after having made a fair and just comparrison of advantages and disadvantages, shall estimate and determine whether anyand if any, what damageas have been sustained or may be sustained and to whom payable and make report thereof to the said Court. And they will pray, etc.

The Phila.& Erie R.R. Co. per
Clinton Lloyd, At.

Lycoming County, SS.

Personally appeared before me Jacob S. Runyan, Prothonotary of the Court of Common Pleas of said County, Clinton Lloyd, Agent of the ~~Sunbury~~ Phila. & Erie Rail Road Company and being just duly sworn doth depose and say that the facts set forth in the foregoing petition are true to the best of his knowledge and belief.

Clinton Lloyd.

Sworn and subscribed before me this 7" day of July 1862

J.S. Runyan Prothy
Prothonotary.

And now July 14th. 1862, the within petition was presented and read and William Kealsk, Robert Lipton, Isaac S. Buffington, Mordicia Waddle And Isaac W. May were appointed viewers and appraisers in accordance with the prayer of the petitioners to meet on the premises on Saturday the 9th day of August 1862.
By the Court.

October 7th. 1862 it is hereby agreed that the within award shall be confirmed absolute at this term and the judges of the Court of Common Pleas of Cameron County are hereby requested to confirm the same to have the same effect as if it had been confirmed ni si at this term and absolute next term. H.F.Beardsley atty. for the Phila. & Erie R.R.Co.
Kellogg Hubbard.

(Endorsements)
No. 3 Oct. T. /62
Kellog Hubbard
vs
Phila & Erie R.R. Co.

Petition for viewers

Oct. 7th. 1862, Confirmed
By the Court.

Filed July 14th. A.D.1862.
4964
Hubbard 4050-730

Kellog Hubbard
ads

In the Court of Common Pleas of
Cameron County.

Kellog Hubbard
ads
The Philadelphia & Erie Railroad Company.

In the Court of Common Pleas of Cameron County.

No. 3 October term, 1862.

Messrs J. W. Kealsh, Robt Lipton, Isaac Buffington, Mordecai Waddle and Isaac W. May:

Please take notice that upon the petition of the Phila. and Erie Rail Road Company filed in the Court of Common Pleas of Cameron County, on the 14 h. day of July, 1862 you were severally appointed by the said Court as viewers to view and assess the damage if any which may be occassioned in consequence of the location and construction of the Phila. & Erie Rail Road should the same be made through and over the lands of Kellog Hubbard, situate in Shippen Township, in said County and that you and each of you are to meet on the premises on Saturday the 9th. day of August, 1862, for the purpose aforesaid. Your punctual attendance is particularly requested.

H. T. Beardsley, Atty for Phila & E. R. R. Co.

(Endorsed)

No. 3 Oct term 1862.

Kellog Hubbard
ads
The Phila. & Erie
R. R. Co.

Notice to viewrs.

July 22nd 1862 served the within notice on all the viewers within named by giving each a copy of the same.

H. T. Beardsley.

Prothonotary.

In the Court of Common Pleas of Cameron County, of October term, 1862, No. 3. To Kellog Hubbard,

Take notice that upon the petition of The Philadelphia and Erie Rail Road Company, filed in the C urt of Common Pleas of Cameron County on the fourteenth day of July, 1862, The said Court have appointed Wm. J. Kealsh, Robt. Lipton, Isaac S. Buffington, Mordecai Waddle, and Isaac W. May as viewers to view the premises and asse ss the damages, if any which you may sustain or which may be occasioned in consequence of the location and construction of the Philadelphia & Erie Rail Road, should the same be made through land situate in shippen Township, in said County, adjoining lands of Samuel Burlingame on the east and G. L. Hubbard on the West, and the said viewers will meet on the premises on Saturday the 9th. day of August, 1862 for that purpose and as more fully set forth in said petition. Certified from the records at Shippen, this 15th. day of July, 1862. Isaac Ramage, Prothy. (seal)

Served the within notice on the defendant by giving him a true and attested copy, July 22nd. 1862, So aNs.
Fees $.198 John A. El---- Sheriff
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
Sworn and subscribed before me this Aug. 6th. 1862.
I Ramage, Prothy.

Prothonotary.

REPORT.

To the Honorable the Judges of the Court of Common Pleas

of ~~Lycoming~~ Cameron County.

We the undersigned Wm. J. Kealsh, Robt. Lipton and Mordecai Waddle, a majority of the viewers appointed by the Court of Common Pleas of Cameron County and named in the annexed order met at the time and place mentioned in said order viz: on Saturday the 9th. day of August, 1862 and having been first severally sworn and affirmed according to law and as required by the fourth section of the supplement to the Act incorporating the Sunbury & Erie Rail Road Company, approved the 27th day of March 1852, the name of which has since been changed by Act of Assembly to The Philadelphia and Erie Railroad Company, in the presence of the parties proceeded to view the premises in said order mentioned, belonging to Kellog Hubbard which the said Phila. & Erie Railroad Company propose to take and occupy for the purposes of their road and the materials to be used and taken by them for the construction of said road and having estimated and determined the quantity, quality and value of the said land and the materials used and taken or to be used and taken away for the opening and making of said road and having a due regard to and making just allowance for the advantages which may have resulted or which may result to the owned of said land or materials in consequence of the opening or making of said Rail Road or the construction of works connected therewith; and having made a fair and just comparison of said advantages or disadvantages have estimated and determined the damages sustained or which may be sustained by the said Kellog Hubbard, by reason of the opening of said rail road, as follows, viz: for two and 64/100 acres of land, being one hundred and eleven perches in length and four perches in breadthe taken by and forthe purposes of said railroad of the value of forty dollars per acres making say one hundred dollars and -- cents the land improved and of medium quality. and for damages and inconveniences to land the sum of twenty five dollars. The said railroad Company to build the first fence on both sides of said road through improved land. (The above estimate includes a small --- pit at the at the lower end of the land) making in the aggregate the sum of one hundred and twenty five dollars which we adjudge shall be paid by the Sunbury & Erie Rail Road Company to Kellog Hubbard, the owner. and we hereunto annex a plot or draft of the land taken by the road as part of this report.

In witness whereof we have hereunto set our hands and seals this eighteenth day of August 1862.

Robt Lipton (seal)
W. J. Kealsh (seal)
Mordecai Waddle (seal)

*Prothonotary.*

Z. L. Hubbard

3549+74

W

S

E

Kellog Hubbard

West Creek

Kellog Hubbard
7.84 acres
Improved

Filed Oct 6" 1867

3532
Borrow Pit

3531+38

Samuel Burlingham

of ..............................., A. D. 189 .

..............................................................

Prothonotary.

COMMONWEALTH OF PENNSYLVANIA, } ss.
*County of* Cameron

*I* C. Jay Goodnough *Prothonotary of the Court of Common Pleas in and for said County, do hereby certify that the foregoing is a full, true and correct copy of the whole record of the case therein stated, wherein* Kellog Hubbard is *Plaintiff, and* The Philadelphia and Erie Rail Road Company *Defendant, as the same remains of record before the said Court at No.* 3 *of* October *Term, A. D. 18*62

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this* 30" *day of* Nov. *A. D. 18*98.

C. Jay Goodnough

*Prothonotary.*

*I* ..........., *President Judge of the* ........... *Judicial District, composed of the Counties of* ..........., *do certify that* ..........., *by whom the annexed record, certificate and attestation were made and given, and who in his own proper handwriting, thereto subscribed his name and affixed the seal of the Court of Common Pleas of said County was at the time of so doing and now is Prothonotary in and for said County of* ........... *in the Commonwealth of Pennsylvania, duly commissioned and qualified, to all of whose acts as such full faith and credit are and ought to be given as well in Courts of judicature as elsewhere, and that the said record, certificate and attestation are in due form of law, and made by the proper officer.*

...........

*President Judge.*

COMMONWEALTH OF PENNSYLVANIA, } ss.
*County of* ...........

*I* ..........., *Prothonotary of the Court of Common Pleas in and for the said County, do certify that the Honorable* ..........., *by whom the foregoing attestation was made, and who has hereunto subscribed his name was at the time of making thereof and still is President Judge of the Court of Common Pleas, Orphans' Court and Court of Quarter Sessions of the Peace in and for said County, duly Commissioned and qualified; to all whose acts as such full faith and credit are and ought to be given, as well in Courts of judicature or elsewhere.*

**IN TESTIMONY WHEREOF**, *I have hereunto set my hand and affixed the seal of said Court, this* ........... *day of* ..........., *A. D. 189* .

...........

*Prothonotary.*



REAL ESTATE DEPARTMENT.
RECORD.—Vol. 6 P. 396
ATLAS.—Vol. ..... P.
LOT No. ..... P.
FILE.—Box 48 Pouch No. 10

48
10

NO. 3 October TERM, 1896 2

Kellog Hubbard

VERSUS

Philadelphia & Erie Rail Road Company

EXEMPLIFIED RECORD

From Cameron County.

Debt, - - - - - - $

Int. from

Costs

Entered and Filed ..... 189

Prothonotary.