# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>  Defendant. | Civil Action No. 05-191-E |

## ORDER

AND NOW, this _____ day of _____ 2007, after considering the foregoing Motion of Rails-To-Trails Conservancy For Leave to Participate in Oral Argument as *Amicus Curiae* in Support of Defendant United States of America's Motion for Summary Judgment, leave is hereby GRANTED.

_____
Sean J. McLaughlin
United States District Judge