**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION**

| | |
|---|---|
| **ROBERT TROHA and FREDERICK BIGNALL** on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>**UNITED STATES OF AMERICA,**<br><br>　　　　Defendant. | Civil Action No. 05-191-E |

## ORDER

　　　　AND NOW, this _____ day of _____ 2007, after considering the foregoing Motion of *Amicus Curiae* For Admission *Pro Hac Vice* of Andrea C. Ferster, the Motion is hereby GRANTED.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Sean J. McLaughlin
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge