[Receipt stamp, rotated sideways:]

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION

# 07000217 - JD
March 8, 2007

FROM WILLIAM SPAINS

| Code | Qty | Amount |
|---|---|---|
| PRO HAC 1:05-191E | 1 | 40.00 |
|  |  | 40.00 |

TOTAL ÷ 40.00

[Handwritten notation:]

CA 05-191 E
pro hac vice
40.00
receipt # 07-217
Andrea Ferster