**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
ERIE DIVISION**

| | |
|---|---|
| **ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,** )<br>)<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>**UNITED STATES OF AMERICA,**  )<br>)<br>Defendant.  ) | Civil Action No. 05-191-E |

## ORDER

AND NOW, this _____ day of _____ 2007, after considering the foregoing Motion of *Amicus Curiae* For Admission *Pro Hac Vice* of Andrea C. Ferster, the Motion is hereby GRANTED.

                                                                    _____
                                                                    Sean J. McLaughlin
                                                                    United States District Judge