IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT TROHA and FREDERICK BIGNALL, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Defendant. | Civil Action No. 05-191 E |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendant United States hereby notifies the Court of the recent decision by the Superior Court of Pennsylvania in the case of <u>Sally L. Moody, et al.</u> v. <u>Allegheny Valley Land Trust, et al.</u>, No. 914 WDA 2006, 2007 Pa. Super. 189, 2007 WL 1806068 (Pa. Sup. June 25, 2007). The <u>Moody</u> decision provides supplemental authority on the issue of abandonment of railroad rights-of-way as a matter of Pennsylvania property law, which is an issue presented in the parties' pending cross-motions for summary judgment. A copy of the <u>Moody</u> decision is attached.

Dated: June 28, 2007

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

s/Kristine S. Tardiff
KRISTINE S. TARDIFF (NH 10058)
United States Department of Justice
Environment & Natural Resources Division
Natural Resources Section
53 Pleasant Street, 4th Floor
Concord, NH 03301
TEL: (603) 230-2583
FAX: (603) 225-1577