# EXHIBIT B

# West Creek Recreational Trail Association
*301 Chestnut Street*
*Emporium, PA 15834*
*(814) 486-3439*
*(814) 486-2716 FAX*

*Dedicated to the development and management of a multi-use recreational trail from Emporium to St. Marys, Pennsylvania*

February 26, 2008

Ms Anne K. Quinlan, Acting Secretary
Surface Transportation Board
1925 K Street, N.W.
Mercury Building #711
Washington, DC 20423-0001

Re:     Allegheny and Eastern Railroad, Inc. Rail Abandonment/Exemption, Cameron and Elk
        Counties, Pennsylvania; STB Docket No. AB-854X

Dear Ms. Quinlan:

In reference to the above which proposes the abandonment of the 18.9 mile rail corridor extending from Emporium, Cameron County, PA to St Marys, Elk County, PA, the Surface Transportation Board granted to the West Creek Recreational Trail Association an extension to the current Notice of Interim Trail Use which will expire March 8, 2008.

Despite the Association's repeated attempts, an agreement between the Association and Allegheny and Eastern Railroad which transfers the corridor from the Railroad to the Association has not yet been executed, though the Railroad maintains its willingness to execute such an agreement. As an agreement likely will not be reached by the March 8, 2008 deadline, the Association is therefore requesting a 90 day extension to expire June 6, 2008.

The Association is forwarding a copy of this letter to Mr. David Collins, President of Allegheny and Eastern Railroad, 1200-C Scottsville Road, Rochester, NY, 14624, requesting that Allegheny and Eastern Railroad notify the Surface Transportation Board of the status of the aforementioned agreement.

On behalf of the West Creek Recreational Trail Association, Inc., I thank you for your consideration and hope no further extensions will be necessary.

Sincerely,

Cliff Clark
President

cc:     David Collins - Allegheny and Eastern Railroad
        Eric Hocky – Thorp, Reed, and Armstrong