# EXHIBIT C



THORP REED & ARMSTRONG

ATTORNEYS AT LAW SINCE 1895

Eric M Hocky
Direct Dial 215 640 8523
Email ehocky@thorpreed com

)2(72(

VIA ELECTRONIC FILING

Hon Anne K Quinlan
Acting Secretary
Surface Transportation Board
395 E Street SW
Washington, DC 20024

March 4, 2008

Re   Allegheny & Eastern Railroad, Inc -
     Abandonment Exemption - In Elk and Cameron Counties
     Docket No. AB-854 (X)

Dear Secretary Quinlan

    I am writing on behalf of the Applicant to respond to the letter from West Creek Recreational Trail Association, filed with the Board on March 3, 2008, requesting an extension of the Notice of Interim Trail Use for a period of 90 days from the current expiration date of March 8, 2008, until June 6, 2008.

    Although Applicant is optimistic that the full extension period will not be required, Applicant hereby advises the Board that it is agreeable to the request to extend the period to negotiate an interim trail use and railbanking agreement with West Creek Recreational Trail Association

    Please let us know if you need any additional information

Respectfully,

Eric M Hocky

cc   West Creek Recreational Trail Association (by email)

EMH/e

Pittsburgh

Philadelphia

Princeton

Wheeling


Thorp Reed & Armstrong, LLP
One Commerce Square
2005 Market Street
Suite 1910
Philadelphia PA 19103
215 640 8500
215 640 8501 Fax

P0048402 DOC