## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **ROBERT TROHA and FREDERICK BIGNALL on behalf of themselves and all others similarly situated,** | ) ) ) ) |  |
| **Plaintiffs,** | ) ) | **Civil Action No. 05-191-E** |
| **v.** | ) ) |  |
| **UNITED STATES OF AMERICA,** | ) ) |  |
| **Defendant.** | ) |  |

## NOTICE OF ADDRESS CHANGE

Please take note that the address of Andrea C. Ferster, co-counsel for *amicus curiae* Rails to Trails Conservancy, has changed.  The new address for the Rails-to-Trails Conservancy and attorney Ferster, effective February 28, 2008, is:

Andrea C. Ferster
General Counsel
Rails-to-Trails Conservancy
2121 Ward Court, N.W. 5th Floor
Washington, D.C.  20037
(202) 974-5142 (phone)
(202) 223-9257 (fax)
e-mail: aferster@railstotrails.org

Respectfully submitted,

KIRKPATRICK & LOCKHART PRESTON
GATES ELLIS LLP


By: S/William Semins
    Neal R. Brendel
    Pennsylvania Bar I.D. No. 31493
    William D. Semins
    Pennsylvania Bar I.D. No. 89550
    KIRKPATRICK & LOCKHART PRESTON
    GATES ELLIS LLP
    Henry W. Oliver Building
    535 Smithfield Street
    Pittsburgh, PA  15222-2312
    (412) 355-6500
    (412) 355-6501 fax

Of Counsel:

    Andrea C. Ferster, General Counsel
    RAILS-TO-TRAILS CONSERVANCY
    2121 Ward Court, N.W., 5th Floor
    Washington, D.C. 20037
    (202) 974-5142

Dated: March 17, 2008        Attorneys for *Amicus Curiae* Rails-to-Trails
    Conservancy